1  MARK G. BONINO (SBN 70215)
   MELISSA A. WURSTER (SBN 198899)
2  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Parkway, Suite 480
3  Redwood City, CA 94065
   Telephone:    (650) 637-9100
4  Facsimile:    (650) 637-8071

5  Attorneys for Defendant
   USAA CASUALTY INSURANCE COMPANY
6

ORIGINAL FILED
JUL 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY T. CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 07 3712<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)<br><br>ALAMEDA COUNTY SUPERIOR COURT, Case Number WG07327137<br><br>JURY TRIAL DEMANDED |

WDB

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant USAA CASUALTY INSURANCE COMPANY hereby removes the above-entitled action number WG07327137, from the Superior Court of the State of California in and for the County of Alameda, Northern District, to the United States District Court, Northern District of California, pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.*

USAA CASUALTY INSURANCE COMPANY (hereinafter "Defendant") states that removal is proper for the following reasons:

/ / /

-1-
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)  (DIVERSITY)

1. On or about May 22, 2007, there was filed in the Superior Court of the State of California for the County of Alameda, Northern District, civil action number WG07327137, bearing the title <u>CAREY T. CALDWELL v. USAA CASUALTY INSURANCE COMPANY; and DOES 1-100, inclusive</u> (hereinafter "State Court Action"). Based upon the Proof of Service Summons, service of the original Complaint and Demand for Jury Trial was effected upon Defendant on June 18, 2007. (True and correct copies of the Proof of Service Summons and Proof of Service By Mail are attached hereto as **Exhibit "A."**)

## REMOVAL JURISDICTION

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332(a)(1), and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b). This is a civil action between an individual resident of the State of California (Plaintiff) and a stock corporation (Defendant), organized and existing under the laws of the State of Texas, whose officers, directors and principal place of business are located in San Antonio, Texas. In addition, the amount in controversy is believed to exceed the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, because the Complaint seeks damages, if successful, of at least Two Hundred Thousand Dollars ($200,000), plus punitive damages and attorneys' fees.

## CITIZENSHIP

3. Defendant is now, and was at the time the State Court Action was filed, a stock corporation organized and existing under the laws of Texas, with its principal place of business in San Antonio, Texas.

4. Plaintiff is now, and was at the time that the State Court Action was filed, an individual residing in Alameda County, California, which is within the Northern District of California.

5. Citizenship of the remaining defendants, all of whom have been sued under fictitious

names, should be disregarded pursuant to 28 U.S.C. §1441(a).

## AMOUNT IN CONTROVERSY

6. This action is being removed on the basis that it is a civil action between an individual resident of the State of California and a corporation domiciled in the State of Texas, and because the amount in controversy allegedly exceeds the sum of $75,000.00.

7. The allegations arise from a first-party claim for underinsured motorist coverage presented to Defendant by its insured, Plaintiff. Plaintiff alleges in her Complaint as to Defendant as follows:

    a. First Cause of Action: Breach of the Duty of Good Faith and Fair Dealing;

    b. Second Cause of Action: Breach of Contract.

The prayer for relief in the Complaint does not specify the amount of damages sought. However, paragraph 84 of the Complaint references an arbitration award that was reduced to a judgment in the amount of $249,775. In addition, the prayer for relief seeks the following damages, which if Plaintiff is successful, demonstrate, by a preponderance of the evidence, that the amount in controversy is in excess of $75,000.00:

    (i) General damages as to the First and Second Causes of Action;

    (ii) Punitive damages as to the First Cause of Action;

    (iii) Attorneys' fees as to the First Cause of Action;

    (iv) Costs of suit; and

    (v) For such other and further relief as the Court deems just and proper.

///

## TIMELINESS OF REMOVAL

8. Defendant was served with the Complaint on June 18, 2007. (Exhibit A, hereto.) Defendant has filed this Notice of Removal within thirty days after the date on which it first received valid service of this civil action. Thus, removal is timely.

## VENUE

9. The United States District Court for the Northern District of California is a proper venue because the underlying events alleged in the Complaint took place in Oakland, California. Moreover, Plaintiff is an individual resident of Alameda County, California, which is located in the Northern District.

10. Attached hereto as **Exhibit "B"** are true and correct copies of the Summons and of Plaintiff's Complaint.

11. Attached hereto as **Exhibit "C"** are true and correct copies of the following papers from the Alameda County Superior Court, which were also served upon Defendant:

    a. Civil Case Cover Sheet

    b. Notice of Case Management Conference and Order;

    c. Notice of Judicial Assignment for All Purposes (Case assigned to the Honorable Kenneth Mark Burr sitting in Department 30, located at 201 13th Street in Oakland, California).

12. Attached hereto as **Exhibit "D"** is a true and correct copy of Defendant's Notice to Adverse Party of Removal to Federal Court without its Exhibit 1, which is this Notice of Removal.

13. Exhibits, A, B, C and D represent all processes, pleadings, orders and records served upon Defendant or filed by Defendant in the State Court Action.

14. The Notice to Adverse Party of Removal to Federal Court is being filed in the Superior Court of the State of California, County of Alameda and is being served upon Plaintiff concurrently herewith.

WHEREFORE, Defendant prays that this action be removed from the Superior Court of the State of California for the County of Alameda, Northern District, to the United States District Court in and for the Northern District of California, reserving all jurisdictional issues and affirmative defenses.

### DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by jury.

Dated: July 18, 2007

HAYES DAVIS BONINO ELLINGSON
MCLAY & SCOTT, LLP

By: _____
MARK G. BONINO
MELISSA A. WURSTER
Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY