# EXHIBIT A

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:

**SHERNOFF, BIDART & DARRAS**
**ATTORNEYS AT LAW**
RICARDO ECHEVERRIA - SBN # 166049
600 SOUTH INDIAN HILL BOULEVARD
CLAREMONT, CA 91711-5498
TELEPHONE NO. (909) 621-4935      FAX NO.*(Optional)*(909) 625-6915
EMAIL ADDRESS  *(Optional)*:
ATTORNEY FOR*(Name)*:   CAREY T. CALDWELL

COURT NAME: ALAMEDA SUPERIOR COURT
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS: 1225 FALLON STREET
CITY AND ZIP CODE: OAKLAND, CA 94612
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF/PETITIONER: CAREY T. CALDWELL | |
| DEFENDANT/RESPONDENT: USAA CASUALTY INS. COMPANY | |

**PROOF OF SERVICE SUMMONS**

FOR COURT USE ONLY

ENDORSED
FILED
ALAMEDA COUNTY

JUL 0 9 2007

By

CASE NUMBER:
RG07327137

Ref No. or File No.
OS345315-01

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a.  ☒ summons
    b.  ☒ complaint
    c.  ☐ Alternative Dispute Resolution (ADR) package
    d.  ☒ Civil Case Cover Sheet *(served in complex cases only)*
    e.  ☐ cross-complaint
    f.  ☒ other *(specify documents)*:
        NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER; NOTICE OF JUDICIAL ASSIGNMENT FOR ALL PURPOSES

3.  a. Party served *(specify name of party as shown on documents served)*:
       USAA CASUALTY INSURANCE COMPANY

    b.  ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
        RICHARD A. FOX, AGENT FOR SERVICE

4.  Address where the party was served: 2241 HARVARD STREET
                                         SACRAMENTO, CA 95815

5.  I served the party *(check proper box)*
    a.  ☐  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:           (2) at *(time)*:
    b.  ☒  by substituted serviceOn *(date)*: June 18, 2007          at *(time)*: 11:20 am   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
        SHARON REEVES, SECRETARY
        Age: 50'S; Sex: F; Hair: GREY; Eyes: ; Height: 5'5"; Weight: 135LBS; Race: C; Marks:
        (1) ☒  (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
        (2) ☐  (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
        (3) ☐  (physical address is unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
        (4) ☒  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: June 19, 2007   from *(city)*: SACRAMENTO   or ☒ a declaration of mailing is attached.
        (5) ☐  I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]
Page 1 of 2
**PROOF OF SERVICE SUMMONS**
Code of Civil Procedure, § 417.10
317/OS345315-01
Client File # CALDWELL VS. USAA

| PLAINTIFF/PETITIONER: CAREY CALDWELL | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT:  USAA CASUALTY INS. COMPANY | WG07327137 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

      (1) on *(date)*:                    (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

        ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:

   a. ☐ as an Individual defendant.

   b. ☐ as the person sued under the fictitious name of *(specify)*:

   c. ☐ as occupant.

   d. ☒ On behalf of *(specify)*:   USAA CASUALTY INSURANCE COMPANY

      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)          ☒ 415.95 (business organization, form unknown)

      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)

      ☐ 416.30 (joint stock company/association)☐ 416.70 (ward or conservatee)

      ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)

      ☐ 416.50 (public entity)           ☐ 415.46 (occupant)

                             ☐ other:

7. **Person who served papers**

   a. Name:               JEFFREY G. WILSON

   b. Address:            1424 21st. Street, Sacramento, CA 95814

   c. Telephone number:     (916) 441-4396

   d. The fee for service was: $     60.91

   e. I am:

      (1) ☐ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

      (3) ☒ registered California process server:

         (i) ☐ Owner   ☒ employee     ☐ independent contractor.

         (ii) Registration No.: 2006-46

         (iii) County:     SACRAMENTO

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:   June 20, 2007

JEFFREY G. WILSON
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                      (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010               **PROOF OF SERVICE SUMMONS**            Code of Civil Procedure, § 417.10
POS-010(Rev. January 1, 2007]

317/0S345315-01

Client File # CALDWELL VS. USAA

| | | | |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>SHERNOFF, BIDART & DARRAS<br>ATTORNEYS AT LAW<br>RICARDO ECHEVERRIA - SBN # 166049<br>600 SOUTH INDIAN HILL BOULEVARD<br>CLAREMONT, CA 91711-5498<br>ATTORNEY FOR (NAME) CAREY T. CALDWELL | TELEPHONE NO.<br>(909) 621-4935<br><br>REFERENCE NUMBER<br>OS345315.01 | | FOR COURT USE ONLY |

Insert name of court, judicial district or branch court, if any, and post office and street address
ALAMEDA SUPERIOR COURT,
1225 FALLON STREET
OAKLAND, CA 94612

SHORT NAME OF CASE
CAREY T. CALDWELL vs. USAA CASUALTY INS. COMPANY

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>WG07327137 |
|---|---|---|---|---|

**I am a citizen of the United States and employed in the County of Sacramento, California. I am over the age of 18 and not a party to this action. My business address is 1424 21st Street, Sacramento, CA. (916) 441-4396.**

On June 19, 2007, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
                    SUMMONS COMPLAINT,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER; NOTICE OF JUDICIAL ASSIGNMENT FOR ALL PURPOSES

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO, **California, addressed as follows:**

    USAA CASUALTY INSURANCE COMPANY
    2241 HARVARD STREET
    SACRAMENTO, CA 95815

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:    $ 60.91**

| | | |
|---|---|---|
| [X] Registered: . . . . SACRAMENTO . . . . County,<br>Number: . . . . . . . . . . . . . . . . . . . . .<br>**Attorney's Diversified Services**<br>**741 N. Fulton Street**<br>**Fresno, CA 93728**<br>**559-233-1475**<br>122/0S345315-01 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: . . . . . . . . . . June 20, 2007 . . . . . . . .<br>at: . . . . . . . . . . Sacramento . . . . . . , California.<br>Signature: _____<br>Name: PETRA FARRELL<br>Title: EMPLOYEE OF A REGISTERED PROCESS SERVER |

*Client File # CALDWELL VS. USAA*

PROOF OF SERVICE BY MAIL