PAGE 3

**USAA CASUALTY INSURANCE COMPANY**

(A Stock Insurance Company)
9800 Fredericksburg Road – San Antonio, Texas 78288

**CALIFORNIA AUTO POLICY**
**RENEWAL DECLARATIONS**
**(ATTACH TO PREVIOUS POLICY)**

ADDL INFO ON NEXT PAGE   MAIL MCH-M-I
RENEWAL OF

| State 03 | | Veh | POLICY NUMBER |
|---|---|---|---|
| CA 511 | | XX | 01331 15 16C 7101 2 |

POLICY PERIOD: (12:01 A.M. standard time)
EFFECTIVE MAY 12 2003 TO NOV 12 2003

OPERATORS
01 CAREY T CALDWELL

**Named Insured and Address**

CAREY T CALDWELL
2928 FERNSIDE BLVD
ALAMEDA CA 94501-1672

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE | WORK/SCHOOL Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 93 | LEXUS | SC 300 | CPE 2D | 10000 | JT8JZ31CZP0010676 | 20 | W | 10 | 4 |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. • W/C=Work/School; B=Business; F=Farm; P=Pleasure
VEH 03  ALAMEDA CA 94501-1672

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES    LIMITS OF LIABILITY ("ACV" MEANS ACTUAL CASH VALUE) | VEH 03 D=DED AMOUNT | 6-MONTH PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|
| PART A – LIABILITY | | | | | | | | |
| BODILY INJURY    EA PER $  300,000 | | | | | | | | |
| EA ACC $  500,000 | | 274.03 | | | | | | |
| PROPERTY DAMAGE EA ACC $  100,000 | | 212.69 | | | | | | |
| PART B – MEDICAL PAYMENTS | | | | | | | | |
| EA PER $   50,000 | | 117.44 | | | | | | |
| PART C – UNINSURED MOTORISTS | | | | | | | | |
| BODILY INJURY    EA PER $  300,000 | | | | | | | | |
| EA ACC $  500,000 | | 99.60 | | | | | | |
| WAIVER OF COLL DEDUCTIBLE | | 21.66 | | | | | | |
| PART D – PHYSICAL DAMAGE COVERAGE | | | | | | | | |
| COMPREHENSIVE LOSS    ACV LESS | D 100 | 211.82 | | | | | | |
| COLLISION LOSS    ACV LESS | D 500 | 373.81 | | | | | | |
| INCREASED RENTAL REIMBURSEMENT | | 26.48 | | | | | | |

VEHICLE TOTAL PREMIUM                    1337.53

TOTAL PREMIUM – SEE FOLLOWING PAGE(S)

LOSS PAYEE
VEH 03  OAKLAND MUNICIPAL CU, NORTH HOLLYWOOD  CA  250221-L40

ENDORSEMENTS: ADDED 05-12-03 –  NONE
REMAIN IN EFFECT (REFER TO PREVIOUS POLICY)-  A137(01)   A400CA(01)   5100CA(01)   ***
13580(02)
INFORMATION FORMS (NOT PART OF POLICY)-  AAWER  CAPD(01)   200CA(12)   260(02)
663CACIC(10)   NIPFPP(01)   5647(07)

6B
03322521 04 N    N

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
on this date   APRIL 7 2003

Bradford W. Rich
Secretary

Henry Viccellio Jr.
President

5000 C

**USAA CASUALTY INSURANCE COMPANY**

(A Stock Insurance Company)

9800 Fredericksburg Road – San Antonio, Texas 78288

CALIFORNIA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

| State | | | Veh | POLICY NUMBER |
|---|---|---|---|---|
| CA | | | XX | 01331 15 16C 7101 2 |

POLICY PERIOD:          (12:01 A.M. standard time)
EFFECTIVE MAY 12 2003 TO NOV 12 2003

**Named Insured and Address**

CAREY T CALDWELL
2928 FERNSIDE BLVD
ALAMEDA CA 94501-1672

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE | WORK/SCHOOL Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. •W/C=Work/School; B=Business; F=Farm; P=Pleasure

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES     LIMITS OF LIABILITY ("ACV" MEANS ACTUAL CASH VALUE) | VEH | | VEH | | VEH | | VEH | |
|---|---|---|---|---|---|---|---|---|
| | D=DED AMOUNT | PREMIUM $ | D=DED AMOUNT | PREMIUM $ | D=DED AMOUNT | PREMIUM $ | D=DED AMOUNT | PREMIUM $ |

6 MONTH PREMIUM $ 1337.53

THE FOLLOWING COVERAGE(S) DEFINED IN THIS POLICY ARE NOT PROVIDED FOR:
VEH 03 - EXTENDED BENEFITS COVERAGE, TOWING AND LABOR

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas, on this date     APRIL 7   2003

Bradford W. Rich
Secretary

Henry Viccellio Jr.
President

5000 C

C1C    01331 15 16    7101



### SUPPLEMENTAL INFORMATION

EFFECTIVE MAY 12 2003 TO NOV 12 2003

The following approximate premium discounts or credits have already been applied to reduce your policy premium costs.

NOTE: Age or senior citizen status, if allowed by your state/location, was taken into consideration when your rates were set and your premiums have already been adjusted.

```
VEHICLE 03
   ANTI-THEFT DISCOUNT                    -$    54.61
   CALIFORNIA AUTO POLICY DISCOUNT        -$    66.58
      *MULTIPLE POLICY DISCOUNT
   PASSIVE RESTRAINT DISCOUNT             -$    11.61
   VEHICLE INJURY RATING DISCOUNT         -$    13.04
```



## WESTERN REGION LETTER

Dear Member:

We believe there is no better lifetime value than the insurance protection USAA provides for its members.

The enclosed documents contain important information concerning your policies, any coverage changes, any state mandated notices and other information that can help you select coverages tailored to your individual needs and preferences. I encourage you to take a few moments to review them.

I want to personally assure you that the employees of Western Region stand ready to assist you with any questions you may have. Our goal is to provide you the extraordinary service you have every right to expect as a member of USAA.

If we may be of further assistance, please call our insurance professionals at the numbers shown on your policy cover sheet.

Thank you for allowing us to serve your insurance needs; we appreciate the trust and confidence you have placed in USAA.

Richard B. Fowler II, CPCU
Col, USAF Ret.
Senior Vice President
Western Region

AAWER    Rev. 8-96

CIC     01331 15 16         7101

# California Auto Policy Discount

As a part of our ongoing efforts to provide world-class service with competitive premiums, we continually review our products and rating programs and consider member feedback. We are pleased to inform you that qualified California drivers are now eligible for several new discounts on their USAA, CIC or GIC auto policies.

The following discounts are now available to qualified USAA, CIC and GIC auto policyholders in California:

- **Exemplary Driver Discount.** Not only will qualified drivers continue to receive the California Good Driver Discount, an additional discount is now available when all operators on the policy maintain good driving records over several years. The Exemplary Driver Discount will increase over time − for up to seven years − for those households who maintain good driving records.

- **Multiple Policy Discount.** This discount rewards our members who also insure their property, either through a renters, homeowners or condominium policy, with USAA Group.

- **Persistency Discount.** This discount is a way to thank our longer-term members by providing a discount to those members who have maintained an auto policy continuously in force with USAA Group for 10 years or more.

Your Declarations page will list any applicable discounts and an overall discount amount for your auto policy. Even if you are not eligible for some of these discounts today, as you become eligible, we will automatically apply these discounts to your policy.

We appreciate your loyalty and thank you for choosing USAA insurance for your financial security needs.

CAPD(01)  8-02



### Auto Discounts - Savings
### (California)

In addition to driving safe cars and driving safely, you can save money on your auto insurance policy by taking advantage of discounts offered on certain coverages. This form summarizes your money-saving opportunities and the conditions under which they are available. Most discounts will be determined from the operator and the vehicle data recorded in your file. To see whether a discount is already being applied to your policy, refer to the Supplemental Information page which is the page immediately following your policy Declarations page.

Here are some terms which are used throughout this form. "Major Coverages" include Bodily Injury Liability, Property Damage Liability, Medical Payments, Comprehensive and Collision, Uninsured Motorist Bodily Injury, Uninsured Motorists Property Damage and Uninsured Motorists Waiver of Collision Deductible Coverages. "Ancillary coverages" include Extended Benefits, Towing and Labor and Rental Reimbursement Coverages. "Excess vehicles" are spare vehicles or vehicles which have no rated driver because all drivers have already been assigned to other vehicles on the policy. An "at-fault accident" is one in which the driver was 51% or more responsible for the circumstances relating to the accident. "Years of Driving Experience" is today's date minus the date you received your first driver's license; it does not include the time you had a learner's permit.

**Good Driver Discount (GDD)** - This state-mandated discount impacts major and ancillary coverages and can significantly influence rates. The GDD applies to private passenger autos, pickup trucks, vans, motorcycles, antique and electric vehicles. Remember, at-fault accidents and/or convictions affect your California auto insurance rates, and your eligibility for GDD, regardless of where they occurred. We apply this discount to the vehicle you principally drive. For occasional operators we apply the discount to the vehicle on which they are rated. If any driver in the household qualifies for GDD, we automatically apply the discount to any excess vehicles. This discount is re-evaluated every six months.

To qualify for GDD, the rated driver of the vehicle must have:

1. Been continuously licensed to drive for the previous three or more years; and

2. Not been convicted of Driving-Under-the-Influence-of-Alcohol and/or Drugs, or similar convictions as prescribed by law. (Drinking-and-Drinking type convictions disqualify GDD on one vehicle for seven years); and

3. Had no more than:

   a. one conviction of a minor traffic violation in the previous three years, or

   b. one at-fault accident which resulted in total damages in excess of $500 within the previous three years; this accident must not have resulted in bodily injury. (Accidents resulting in injury to anyone involved in the accident disqualify GDD if total damages exceed $500.) and;

4. Not been the operator of a vehicle involved in an accident which resulted in a fatality.

**California Auto Policy Discount** - These discounts can reduce your premium on all major coverages if any apply to your policy. You may qualify for one, two, or all three of these discounts.

- **Exemplary Driver Discount** considers various combinations of claims and driving records for all operators listed on your policy, for up to 7 years. To qualify, none of the operators on your policy can have a major violation (e.g., DUI, Reckless Driving, etc.), and a limited number of at-fault accidents and minor violations are allowed. Generally, the fewer at-fault accidents and minor violations over a longer period of time will generate the largest discount.

200CA(12)  Rev. 6-02

Page 1 of 2


- **Multiple Policy Discount** is given to all vehicles on your policy if you have an active Homeowners Policy, Condominium Policy, or Renters Policy written by USAA.

- **Persistency Discount** is given to all vehicles on your policy if you have maintained an active auto policy continuously with USAA for 10 years or more.

**Drivers Training Discount** – This discount reduces the premium on all major coverages. Any driver with less than three years of driving experience who has successfully completed an approved driver training course is eligible. If you add a new driver to your policy who has taken a drivers education course and has been licensed to drive less than three years, we will advise you whether we need the completion certificate to verify eligibility.

**Good Student Discount** – This discount reduces the premium on all major coverages. Any full time student who has less than nine years of driving experience is eligible if they attend a high school, college, or university and have at least a "B" grade point average (or equivalent). Academic standing must be for the completed semester immediately preceding the effective date of this policy. We'll apply the discount after we verify that the driver is eligible. The student must requalify annually.

**Mature Driver Improvement Course Discount** – This discount reduces the Bodily Injury and Property Damage Liability Coverage premiums for operators who are age 55 or older and who have successfully completed a Mature Driver Improvement course. Only courses approved by the California Department of Motor Vehicles qualify. The discount is automatically renewed if the operator has no at-fault accidents or convictions during the three year period after course completion. Excess vehicles receive this discount if one driver qualifies. Send a copy of the certificate of completion to the address noted at the end of this form.

**Multi-Car Discount** – This discount reduces the premium on all major coverages when we insure two or more private passenger autos, pickup trucks, vans, motorcycles, antique and electric vehicles as long as they are physically garaged at the same street address. This discount does not require any action on your part.

**If your vehicle qualifies for more than one of the following Anti-Theft or Passive Restraint Devices, ONLY the single highest discount is allowed. These discounts are not automatically applied on all vehicles; you must advise us.**

**Anti-Theft Discount** – This discount reduces the premium for Comprehensive Coverage. Private passenger autos, pickup trucks, vans, and electric vehicles equipped with an eligible anti-theft device can qualify.

- **Passive Devices** disable the vehicle by making the fuel, ignition or starting system inoperable when the ignition key is removed.

- **Window Identification Systems** qualify when the VIN (Vehicle Identification Number) is etched on all windows of your vehicle (except small vent windows).

- **Vehicle Recovery Systems** are electronic units that are activated after a vehicle is stolen. When installed and activated, the device emits a signal that assists law enforcement organizations in the recovery of the vehicle.

**Passive Restraint Systems** – This discount reduces the premiums on Medical Payments and Extended Benefits Coverages if your auto, pickup truck, van or electric vehicle is equipped with an airbag(s).

---

If you need additional information, or would like to make any changes to your automobile insurance policy, call us toll free at 1-800-531-8111 (Sacramento 921-6366) or write to us at 9800 Fredericksburg Road, San Antonio, TX 78288.

---

200CA(12)  Rev.  6-02

Page 2 of 2

CIC    01331 15 16    PAGE 10
7101

## TOWING AND LABOR COVERAGE INFORMATION

USAA offers Towing and Labor Coverage which features USAA Roadside Assist. If you already carry our Towing and Labor Coverage on your automobile(s), you automatically have the USAA Roadside Assist feature. Please read the information below regarding Towing and Labor Coverage and the USAA Roadside Assist feature.

For a nominal premium, you can lessen the stress and expense when your vehicle is disabled. Towing and Labor Coverage pays the reasonable costs that you incur for towing or labor each time the covered auto is disabled. This includes, but is not limited to, emergency situations when your vehicle:

- is disabled and needs to be towed,
- has a flat tire,
- runs out of gas,
- has a dead battery,
- is stuck in snow, sand, mud, or similar conditions, or
- when you lock your keys inside the vehicle.

Towing and Labor Coverage pays for up to 1 hour of necessary labor to get your vehicle started at the place of breakdown. If the vehicle will not run, it pays for towing to the nearest qualified repair facility. This coverage does not pay for the cost of repair parts.

The USAA Roadside Assist feature of Towing and Labor Coverage is a dispatch service that sends a service professional to the location of your vehicle's disablement. Whenever you are in need of emergency roadside assistance, simply call 1-800-531-8555. A service professional will promptly be dispatched to help you get back on the road or provide a tow to the nearest qualified repair facility. This service is available in most locations 24 hours-a-day, 365 days-a-year.

While USAA Roadside Assist is available to all members, if you have Towing and Labor Coverage, you simply sign the authorization and USAA is billed directly for the service rendered. At the time of disablement, no payment is required of you. However, if you use USAA Roadside Assist and do not have our Towing and Labor Coverage, you will be responsible for the bill.

To order this coverage, just fill out the form below or call us at 1-800-531-8111.

-------------------------------------------------------------------
## ORDER FORM

USAA Number_____    Name _____

Address_____

City, State, Zip_____

Phone: Home ( )_____    Office ( )_____

☐ I want Towing & Labor Coverage on all eligible vehicles.

☐ I want Towing & Labor Coverage only on the vehicles listed below:

1._____    _____
         Vehicle Description                          Vehicle ID Number

2._____    _____
         Vehicle Description                          Vehicle ID Number

If this form is sent by facsimile machine (fax), the sender adopts the document received by USAA as a duplicate original and adopts the signature produced by the receiving fax machine as the sender's original signature.

260(02) Rev. 1-02                                        Page 1 of 2

CIC    01331 15 16    PAGE  11
7101

THIS PAGE INTENTIONALLY LEFT BLANK

PAGE  12
CIC    01331 15 16    7101

# AUTO INSURANCE IN CALIFORNIA

We are pleased to serve your auto insurance needs, and we want to make sure you are getting the coverage you need. In the explanation below, Medical Payments and Extended Benefits coverages are discussed.

When purchasing any of these coverages, it is important to understand that you will be reimbursed only for reasonable and necessary medical expenses. Bills are audited, and amounts charged which are not reasonable, or charges incurred for treatment which is not necessary, will not be reimbursed. Any amounts not qualifying for reimbursement are your responsibility.

## A REMINDER!

The information in this form is a brief, general discussion. Coverages are subject to all the provisions and exclusions contained in your insurance policy. PLEASE READ YOUR POLICY FOR DETAILS OF COVERAGES.

## MEDICAL PAYMENTS COVERAGE (MP)

- is optional.

- provides for reasonable medical, surgical, dental, hospital, and funeral expenses (that result from an auto accident) for up to three years after the accident.

- provides these benefits for you, your family, and guest passengers injured while in your covered auto. It also protects you and resident family members if injured while in someone else's auto, or if struck by an auto while a pedestrian.

## EXTENDED BENEFITS COVERAGE (EB)

- is optional and is added to Medical Payments (MP) coverage.

- provides a death benefit of $5,000 per person.

- provides a wage earner disability benefit of 85% of the actual income loss up to two years, subject to the limit selected.

- provides essential services disability benefits up to $45 per week for household services for up to two years.

- provides a wage earner disability benefit up to $1,000 per 30-day period for guest passengers regardless of option selected for your family.

## EXTRA COVERAGE AT NO ADDITIONAL COST

These benefits apply only if Medical Payments coverage is in effect and applicable to the accident. We are convinced that seat belts used in conjunction with air bags provide the best protection available against serious injury or death as the result of an auto accident. Because we feel so strongly about the importance of air bag and seat belt use, we provide, at no extra cost, a $15,000 death benefit if you or any covered person are killed in an automobile accident while wearing a seat belt (both lap and shoulder restraint). We will also provide, at no extra cost, an additional $10,000 death benefit if you are killed in an automobile accident while wearing a seat belt (both lap and shoulder restraint) AND occupying a seat protected by an air bag which was operable at the time of the accident.

These same benefits are also provided for children secured in an approved child restraint device. Remember – the safest place for children age 12 and under is in the back seat of the vehicle.

PAGE 13

CIC    01331 15 16        7101

## ORDER FORM

To order coverage, please complete and sign this form. If a current policy is in effect, and no changes are desired, no action is required.

### MEDICAL PAYMENTS AND/OR EXTENDED BENEFITS COVERAGES

☐ Medical Payments
(Limits are per person)

☐ $ 1,000  $11.85
☐ $ 2,000  $13.07
☐ $ 5,000  $16.77
☐ $10,000  $20.48

☐ $ 25,000  $31.59
☐ $ 50,000  $39.91
☐ $ 75,000  $46.08
☐ $100,000  $49.16

☐ EB Coverage without Wage Earner Disability Benefits
☐ EB Wage Earner Disability Benefits Limit
(Includes a $5,000 Death Benefit)

☐                                     $2.70
☐ $  500 per 30-day period        $4.60
☐ $1,000 per 30-day period*       $5.41
☐ $2,000 per 30-day period        $6.31

*Guest passengers automatically provided the $1,000 30-day limit.

Premiums shown are semi-annual estimates based on an operator with 14 years of driving experience, driving a vehicle equipped with dual side air bags to/from work in the San Diego area, 15,000 annual miles, with a clear driving record and includes the Good Driver Discount.

_____        _____
USAA Number                             Signature of Named Insured

If this form is sent by facsimile machine (fax), the sender adopts the document received by USAA as a duplicate original and adopts the signature produced by the receiving fax machine as the sender's original signature.

Telephone  Home:  (      )_____     _____
                                                Date
           Office:  (      )_____

**663CA CIC(10) Rev. 9-02**                                     Page 2 of 2

## NOTICE OF INFORMATION PRACTICES

This Notice describes the information practices of the United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company, with respect to property and casualty insurance applicants and insureds in your state. (These companies are collectively referred to as "USAA", "we", or "our" in this Notice.) You may also have received our "Privacy Promise." This Notice provides additional information as required by insurance laws in your state.

### COLLECTION OF INFORMATION

USAA collects the following types of information about applicants, customers, and former customers from the sources as provided below. This information may be collected by telephone, in person, electronically, or by mail.

- Information you provide to us on applications and other forms, such as name, address, and date of birth.
- Information about your transactions with us, such as requests for new policies, adjustments to existing policies, and payment records.
- Information gathered from consumer reporting agencies, such as motor vehicle reports.
- Information periodically updated through the USAA Census, used to re-validate the personal information previously collected about you, such as name and date of birth.
- Your status as a customer with our alliance companies.
- Information from industry databases, researchers, and marketing data providers, such as loss histories.
- Information gathered during the process of handling insurance claims, including health information.
- Information from government agencies, such as accident or theft reports.
- On our web site, we collect the previous web site visited and site usage information.

### SHARING OF INFORMATION

We may share information that we have collected about an applicant or current or former customer as permitted or required by law. For example, we may share such information with:

- You for the purpose of providing information regarding the status of an insurance transaction.
- Our affiliates.
- Businesses that provide information to us or assist us to settle claims, such as other insurers, medical care institutions, medical professionals, or repair facilities.
- Insurance regulatory, law enforcement, or other governmental authorities.
- Those who provide or assist us in performing a business or insurance function, such as printers, mail houses, independent appraisers, or insurance support organizations.
- Those who assist us in detecting or preventing criminal activity, fraud, material misrepresentation, or material nondisclosure in connection with an insurance transaction.
- Those who have served us with a facially valid administrative or judicial order, including a search warrant or subpoena.
- Those who conduct actuarial or research studies.
- Companies with which USAA has contracted to provide optional products and services to our members, unless you restrict this sharing as noted below.

### RESTRICTING THE SHARING OF SOME INFORMATION

We may share limited information with our affiliates and other companies for marketing purposes. These companies have agreed to protect your information. You may restrict the use of this information for marketing. If you choose to do so, please call us at 1-800-531-8111, Monday through Friday, between 7:00 a.m. and 4:00 p.m.

## SECURITY AND CONFIDENTIALITY PRACTICES

USAA maintains practices to ensure the security and confidentiality of your personal information. We have physical security at our buildings, passwords to protect our databases, compliance audits, and virus/intrusion detection software. Within USAA, access to such information is limited to those who need it to perform their jobs.

## REVIEWING AND CORRECTING PERSONAL INFORMATION

You may review in person or obtain a copy by mail of personal information about you that we have collected. We are not required to provide information collected with any claim, whether paid or not, or when the possibility of a lawsuit reasonably exists. If you have questions about the personal information about you that we have:

- Write to us at: USAA, 9800 Fredericksburg Road, San Antonio, TX 78288-0475, providing your complete name, address, and policy number; and
- Describe the specific type of information you would like to review.

After review of your letter, we will inform you of the nature of the personal information about you that we have that is reasonably locatable and retrievable by us and confirm if we have the information you specifically described. If you request copies of documents, we will advise you of the fee for providing these copies. We charge for providing personal information to cover the costs incurred in researching your request and providing the copies to you. This fee must be paid before we will provide the requested documents. There is no charge for information related to an adverse underwriting decision.

If after reading this information you believe something is incorrect, write to us and explain what you believe is incorrect and why. You may request that we correct, amend, or delete information about you that you believe is incorrect. Upon receiving your request, we will reinvestigate the information you believe is incorrect. If we agree with you, we will make the necessary corrections.

If we do not agree with you, we will notify you of our reasons for refusing to change the information. If you continue to disagree, you may send us a concisely written statement explaining why you believe the information is incorrect and why you do not agree with our refusal to change it.

If the personal information you request contains medical record information about you that was supplied by a medical care institution or medical professional, we will notify you of the identity of the source of the medical record information. If you are the subject of the medical record information, we will release copies of this information to a medical professional designated by you and licensed to provide medical care with respect to the condition to which the information relates only after you have provided your specific direction to do so.

## INSURANCE SUPPORT ORGANIZATIONS AND THE RETENTION OF INFORMATION

Information obtained from a report prepared by an insurance support organization may be retained by the insurance support organization and shared with its subscriber insurers and other insurance support organizations or as otherwise permitted by law.

## CALIFORNIA MERIT RATING PLAN
### (How Driving Record Affects Your Premiums)

USAA is dedicated to charging the lowest automobile insurance premiums to the safest drivers in the safest cars. USAA members agree with the fairness of the idea that the safest drivers (those with the fewest accidents and traffic tickets) should pay the lowest premiums; this is the concept of the "Merit Rating Plan" or MRP.

Our experience has shown that drivers with accidents and/or convictions are more likely to be involved in another accident in the ensuing three year period and subsequently, cost the membership more in the future. To equitably cover this increased cost, drivers with accidents and convictions will be charged an additional premium for three years. The MRP prescribes circumstances under which an individual will be required to pay the temporarily higher premiums.

The MRP in California increases insurance premiums when you or any other resident operator:

1. are convicted of a moving traffic violation; or

2. were driving a private passenger vehicle, motorcycle, electric or antique vehicle and were at least 51% responsible for an accident which resulted in total loss or damage exceeding $500. Total loss or damage is damage to your own property or the property of others as well as injury to yourself or injury to others.

3. were driving a private passenger vehicle, motorcycle, electric or antique vehicle and were at least 51% responsible for an accident which resulted in a fatality.

Note: Premiums are not increased during the policy period; they are increased at your policy's next renewal. An informational message appears in the IMPORTANT MESSAGES box of your renewal policy packet whenever a new accident and/or conviction affects your premium under the MRP for the first time.

The MRP is separate and distinct from the California Good Driver Discount. There are instances where you may still qualify for the Good Driver Discount even if you have been assessed a higher premium under the MRP. If you have any further questions, please contact us at 1-800-531-8111.

---

5647(07)   Rev. 10-97

## CALIFORNIA AUTOMOBILE INSURANCE IDENTIFICATION CARDS

You must show Evidence Financial Responsibility upon demand, to any law enforcement official or agency of California. To assist you with this requirement, we have attached two ID cards for each of your motor vehicles insured for liability coverage. One ID CARD should be kept with your motor vehicle at all times and presented as proof of coverage when an accident occurs and upon request of any law enforcement official. The other ID CARD should be kept in a safe place until needed for vehicle registration. For your convenience, you can request a duplicate Auto Insurance ID card on-line at usaa.com.

**53CA1  Rev. 3-01**                                          04/07/03

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| CALIFORNIA EVIDENCE OF FINANCIAL RESPONSIBILITY | CALIFORNIA EVIDENCE OF FINANCIAL RESPONSIBILITY |
|---|---|
| Name and Address of Insured | Name and Address of Insured |
| CAREY T CALDWELL<br>2928 FERNSIDE BLVD<br>ALAMEDA CA 94501-1672 | CAREY T CALDWELL<br>2928 FERNSIDE BLVD<br>ALAMEDA CA 94501-1672 |
| CAREY T CALDWELL | CAREY T CALDWELL |

| Insurance Company USAA CASUALTY INSURANCE COMPANY | | | Insurance Company USAA CASUALTY INSURANCE COMPANY | | |
|---|---|---|---|---|---|
| Policy Number 01331 15 16C 7101 2 | Effective Date 05/12/03 | Expiration Date 11/12/03 | Policy Number 01331 15 16C 7101 2 | Effective Date 05/12/03 | Expiration Date 11/12/03 |
| Vehicle Make/VIN LEXUS JT8JZ31CZP0010676 | Year 1993 | | Vehicle Make/VIN LEXUS JT8JZ31CZP0010676 | Year 1993 | |

| This policy provides at least the minimum amounts of liability insurance required by the CA VEH CODE SECTION 16056 for the specified vehicle and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy. | This policy provides at least the minimum amounts of liability insurance required by the CA VEH CODE SECTION 16056 for the specified vehicle and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy. |
|---|---|

# ID CARDS

**California Evidence of Financial Responsibility**
**Keep this card.**

**IMPORTANT:** The California Financial Responsibility Act (Section 16020) of the Vehicle Code requires every owner or operator of a vehicle subject to the requirements of the Financial Responsibility Act to carry evidence of financial responsibility in the vehicle at all times. Under vehicle code (Section 16028) every driver involved in an accident must provide evidence of financial responsibility at the scene. Failure to comply is an infraction and shall be punishable by fines, impoundment or license suspension.

CALLING FROM:     POLICY SERVICE      AUTO/PROPERTY CLAIMS
- SACRAMENTO  (916) 921-6366   (916) 921-9060
- ALL OTHER
  CALIFORNIA
  LOCATIONS      1-800-531-8111       1-800-531-8222

# ID CARDS

**California Evidence of Financial Responsibility**
**Keep this card.**

**IMPORTANT:** The California Financial Responsibility Act (Section 16020) of the Vehicle Code requires every owner or operator of a vehicle subject to the requirements of the Financial Responsibility Act to carry evidence of financial responsibility in the vehicle at all times. Under vehicle code (Section 16028) every driver involved in an accident must provide evidence of financial responsibility at the scene. Failure to comply is an infraction and shall be punishable by fines, impoundment or license suspension.

CALLING FROM:     POLICY SERVICE      AUTO/PROPERTY CLAIMS
- SACRAMENTO  (916) 921-6366   (916) 921-9060
- ALL OTHER
  CALIFORNIA
  LOCATIONS      1-800-531-8111       1-800-531-8222

## AMENDMENT OF POLICY PROVISIONS
## CALIFORNIA

This endorsement amends the policy as follows:

---

### PART C - UNINSURED  MOTORISTS BODILY INJURY COVERAGE
### and UNINSURED MOTORISTS PROPERTY DAMAGE COVERAGE

---

Part C is amended as follows:

DEFINITION C. is replaced by the following:

C.  **Property Damage,** (referred to as **PD),** as used in this part, means loss or damage to **your covered auto** resulting from collision due to an automobile accident. However, **PD** does not include loss of use of **your covered auto** or damages to personal property contained in **your covered auto** other than a child passenger restraint system that:

1.  Meets the applicable federal motor vehicle safety standards; and

2.  Was in use by a child during an accident for which this coverage applies.

A137(01)   11-99

# AMENDMENT OF POLICY PROVISIONS

The coverage provided by this endorsement is subject to all provisions of the policy and its endorsements which are not modified by this endorsement.

## DEFINITIONS

Definition I. is replaced in its entirety by the following:

I. **Repair or replace** means restoring the damaged property to its pre-accident operational safety, function, and appearance. However, we may at our option repair or replace with parts of like kind and quality, including used or non-OEM parts (non-OEM parts are those produced by someone other that the original equipment manufacturer). Repair or replace does not include:

1. A return to the pre-accident market value of the property; or

2. Restoration, alteration, or replacement of undamaged property, unless such is needed for the operational safety of the vehicle.

## PART D – PHYSICAL DAMAGE COVERAGE

This endorsement replaces Part D in its entirety.

**DEFINITIONS**

A. **Actual cash value,** as used in this Part, means the amount that it would cost, at the time of loss, to buy a comparable vehicle. As applied to your covered auto, a comparable vehicle is one of the same make, model, model year, body type, and options with substantially similar mileage and physical condition.

B. **Collision** means the impact with an object and includes upset of a vehicle. Loss caused by the following is covered under Comprehensive Coverage and is not considered collision: fire; missiles or falling objects; hail, water or flood; malicious mischief or vandalism; theft or larceny; riot or civil commotion; explosion or earthquake; contact with bird or animal; windstorm; or breakage of window glass. If breakage of window glass is caused by a collision you may elect to have it considered a loss caused by collision.

C. **Equipment and accessories** means the following while in or upon your covered auto:

1. Any item usual and incidental to the use of a motor vehicle as a motor vehicle.

2. Any device or instrument for transmitting, recording, receiving, or reproducing data, sound, or pictures that is capable of being operated by power from the electrical system of your covered auto, including:

   a. Cassettes, compact discs, and other media for use with any such device or instrument; and

   b. Antennas and other accessories for use with any such device or instrument.

D. **Loss** means direct and accidental damage to the operational safety, function, or appearance of, or theft of, your covered auto or equipment and accessories that are not permanently installed in your covered auto. Loss includes a total loss, but does not include any damage other than the cost to repair or replace. Loss does not include any loss of use, or diminution in value that would remain after repair or replacement of the damaged or stolen property.

E. **Nonowned vehicle** means any private passenger auto, trailer, pickup, van, or miscellaneous vehicle not owned by, or furnished or available for the regular use of, you or a family member. This applies only when such vehicle is in the custody of or being operated by you or a family member. A nonowned vehicle does not include a temporary substitute vehicle or any of the following vehicles used in any business or occupation other than farming or ranching – pickup, van or miscellaneous vehicle.

F. **Your covered auto**, as used in this Part, includes:

1. Equipment and accessories permanently installed in your covered auto.

2. A nonowned vehicle. If there is a loss to a nonowned vehicle, we will provide the broadest coverage shown in the Declarations.

## INSURING AGREEMENT

A. Comprehensive Coverage (excluding collision).

1. **Physical damage.** We will pay for loss caused by other than collision to your covered auto, and equipment and accessories that are not permanently installed in your covered auto minus any applicable deductible shown in the Declarations. The deductible will be waived for loss to glass that can be repaired rather than replaced. In cases where the repair proves unsuccessful and the glass must be replaced, the full amount of the deductible, if any, must be paid.

2. **Transportation expenses.** We will also pay:

   a. Up to $15 a day, to a maximum of $450, for transportation expenses incurred by you. This applies only in the event of a total theft of your covered auto. We will pay only transportation expenses incurred during the period beginning 48 hours after the theft and ending when your covered auto is returned to use or, if not recovered or not repairable, three days after we have made a settlement offer.

   b. If Increased Rental Reimbursement Coverage is afforded, limits for transportation expenses are increased up to $30 per day to a maximum of $900.

B. **Collision Coverage.** We will pay for loss caused by collision to your covered auto and equipment and accessories that are not permanently installed in your covered auto, minus any applicable deductible shown in the Declarations.

C. **Rental Reimbursement Coverage and Increased Rental Reimbursement Coverage** (for loss other than total theft). We will reimburse you for expenses you incur to rent a substitute for your covered auto. These coverages apply only if your covered auto is withdrawn from use for more than 24 hours due to a loss, other than a total theft, to that auto. Our payment will be limited to that period of time reasonably required to repair or replace your covered auto. If we determine your covered auto is a total loss, the rental period will end three days after we have made a settlement offer.

D. **Towing and Labor Costs Coverage.** We will pay the reasonable costs you incur for one of the following each time your covered auto is disabled:

1. Mechanical labor up to one hour at the place of breakdown.

2. Towing, to the nearest place where necessary repairs can be made during regular business hours, if the vehicle will not run or is stranded on or immediately next to a public road.

3. Delivery of gas, oil, a battery or a change of tire. However, we do not pay for the cost of these items.

## LIMIT OF LIABILITY

A. For a total loss to your covered auto, our limit of liability under Comprehensive and Collision Coverages is its actual cash value. We will declare your covered auto to be a total loss if, in our judgment, the cost to repair or replace it would be greater than its actual cash value minus its salvage value after the loss.

A400CA(01) 1–02

B.  For a loss other than a total loss to your covered auto, our limit of liability under Comprehensive and Collision Coverages is the amount necessary to repair or replace the damaged or stolen property without deduction for depreciation.

C.  For loss to equipment and accessories that are not permanently installed in your covered auto, our limits of liability are described below. These limits are separate from the limits available for a loss to your covered auto:

1.  For loss to cassettes, compact discs, and other media as described in Definition C.2.a, without deduction for depreciation, our limit of liability is the lesser of:

    a.  The amount necessary to repair or replace such damaged or stolen property; or

    b.  $250.

2.  For loss to all other equipment and accessories that are not permanently installed in your covered auto, without deduction for depreciation, our limit of liability is the lesser of:

    a.  The amount necessary to repair or replace such damaged or stolen equipment and accessories; or

    b.  The actual cash value of your covered auto.

D.  Under Rental Reimbursement Coverage, our limit of liability is $15 a day, to a maximum of $450. Under Increased Rental Reimbursement Coverage, our limit of liability is $30 a day, to a maximum of $900.

E.  Under Towing and Labor Costs Coverage, our limit of liability is the reasonable price for the covered service.

**PAYMENT OF LOSS**

We may pay for loss in money, or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to you or to the address shown in the Declarations. If we return stolen property, we will pay for any damage resulting from the theft. We may keep all or part of the damaged or stolen property and pay you an agreed or appraised value for it. We cannot be required to assume the ownership of damaged property. We may settle a claim either with you or with the owner of the property.

**LOSS PAYABLE CLAUSE**

Loss or damage under this policy will be paid, as interest may appear, to the named insured and the loss payee shown in the Declarations. This insurance, with respect to the interest of the loss payee, will not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion, or embezzlement of your covered auto. We may cancel the policy as permitted by policy terms and the cancellation will terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the Declarations. When we pay the loss payee we will, to the extent of payment, be subrogated to the loss payee's rights of recovery.

**WAIVER OF COLLISION DEDUCTIBLE**

We will not apply the deductible to loss caused by collision with another vehicle if all of these conditions are met:

1.  The loss to your covered auto is greater than the deductible amount; and

2.  The owner and driver of the other vehicle are identified; and

3.  The owner or driver of the other vehicle has a liability policy covering the loss; and

4.  The driver of your covered auto is not legally responsible, in any way, for causing or contributing to the loss.

**EXCLUSIONS**

We will not pay for:

1.  Loss to your covered auto which occurs while it is used to carry persons for a fee. This does not apply to a share-the-expense car pool.

A400CA(01)  1-02

2. Damage due and confined to wear and tear, freezing, or road damage to tires. This does not apply if the damage results from the total theft of your covered auto. This exclusion (2.) does not apply to Towing and Labor Costs Coverage.

3. Damage due and confined to mechanical or electrical breakdown or failure, including such damage resulting from negligent servicing or repair of your covered auto or its equipment. We will pay for ensuing damage only to the extent the damage occurs outside of the major component (such as transmission/transaxle, electrical system, engine including cooling and lubrication thereof, air conditioning, computer, suspension, braking, drive assembly, and steering) in which the initial mechanical or electrical breakdown or failure occurs.

   This exclusion (3.) does not apply if the damage results from the total theft of your covered auto, and it does not apply to Towing and Labor Costs Coverage.

4. Loss due to or as a consequence of war, insurrection, revolution, nuclear reaction, or radioactive contamination.

5. Loss to a camper body or trailer you own which is not shown in the Declarations. This does not apply to one you acquire during the policy period and ask us to insure within 30 days after you become the owner.

6. Loss to any nonowned vehicle or temporary substitute vehicle when used by any person without a reasonable belief that that person is entitled to do so.

7. Loss to equipment designed or used to evade or avoid the enforcement of motor vehicle laws.

8. Loss to any nonowned vehicle arising out of its use by you or a family member while employed or otherwise engaged in auto business operations.

9. Loss to your covered auto while it is rented or leased to others.

10. Loss to any vehicle while it is being operated in, or in practice for, any speed contest.

11. Loss resulting from:

   a. The acquisition of a stolen vehicle;

   b. Any legal or governmental action to return a vehicle to its legal owner; or

   c. Any confiscation or seizure of a vehicle by governmental authorities.

   This exclusion (11.) does not apply to innocent purchasers of stolen vehicles for value under circumstances that would not cause a reasonable person to be suspicious of the sales transaction or the validity of the title.

12. Loss resulting from use in any illicit or prohibited trade or transportation.

13. Any loss arising out of any act committed:

   a. By or at the direction of you or any family member; and

   b. With the intent to cause a loss.

14. Loss to equipment and accessories that are not permanently installed in your covered auto and are not owned by you or any family member.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a nonowned vehicle or temporary substitute vehicle will be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the nonowned vehicle or temporary substitute vehicle.

2. Any other applicable physical damage insurance.

3. Any other source of recovery applicable to the loss.

This provision does not apply to Towing and Labor Costs Coverage.

**APPRAISAL**

If we and you do not agree on the amount of loss, either may demand an appraisal. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser and share the expenses of the umpire equally. Neither we nor you waive any of our rights under this policy by agreeing to an appraisal.

Copyright, USAA 2002.   All rights reserved.
Includes copyrighted material of Insurance Services Office, used with permission.

A400CA(01)  1—02



**USAA**
9800 Fredericksburg Road
San Antonio, Texas 78288

# CALIFORNIA AUTO POLICY

### READ YOUR POLICY, DECLARATIONS AND ENDORSEMENTS CAREFULLY

The automobile insurance contract between the named insured and the company shown on the Declarations page consists of this policy plus the Declarations page and any applicable endorsements. The Quick Reference section outlines essential information contained in the Declarations and the major parts of the policy.

The policy provides the coverages and amounts of insurance shown in the Declarations for which a premium is shown.

This is a participating policy. You are entitled to dividends as may be declared by the company's Board of Directors.

If this policy is issued by United Services Automobile Association ("USAA"), a reciprocal interinsurance exchange, the following apply:

- By purchasing this policy you are a member of USAA and are subject to its bylaws.
- This is a non-assessable policy. You are liable only for the amount of your premium as USAA has a free surplus in compliance with Article 19.03 of the Texas Insurance Code of 1951, as amended.
- The USAA Board of Directors may annually allocate a portion of USAA's surplus to Subscriber's Savings accounts. Amounts allocated to such accounts remain a part of USAA's surplus and may be used as necessary to support the operations of the Association. A member shall have no right to any balance in the member's account except until following termination of membership, as provided in the bylaws.

## QUICK REFERENCE

| | |
|---|---|
| **DECLARATIONS PAGE** | |
| Named Insured and Address | |
| Policy Period | |
| Operators | |
| Description of Vehicle(s) | |
| Coverages, Amounts of Insurance and Premiums | |
| Endorsements | |
| Beginning on Page 3 | **Agreement and Definitions** |
| Part A 4 | **Liability Coverage** |
| | Definitions |
| | Insuring Agreement |
| |   Bodily Injury Liability Coverage and Property Damage Liability Coverage |
| | Limit of Liability |
| | Supplementary Payments |
| | Exclusions |
| | Out of State Coverage |
| | Other Insurance |
| Part B 6 | **Medical Payments Coverage** |
| | Definitions |
| | Insuring Agreement |
| |   Medical Payments Coverage |
| |   Air Bag and Seat Belt Benefits |
| |   Extended Benefits Coverage |
| | Limit of Liability |
| | Exclusions |
| | Other Insurance |
| | Special Provisions |
| | Conditions |
| | Arbitration |
| Part C 10 | **Uninsured Motorists Bodily Injury Coverage and Uninsured Motorists Property Damage Coverage** |
| | Definitions |
| | Insuring Agreement |
| |   Uninsured Motorists Bodily Injury Coverage |
| |   Uninsured Motorists Property Damage Coverage |
| | Limit of Liability |
| | Exclusions |
| | Other Insurance |
| | Non-Duplication |
| | Arbitration |

(Quick Reference continued on Page 2)

| Part D 14 | Physical Damage Coverage | Part E 17 | General Provisions |
|---|---|---|---|
| | Definitions | | Air Bag |
| | Insuring Agreement | | Bankruptcy |
| |   Comprehensive Coverage | | Changes |
| |   Collision Coverage | | Duties After an Accident or Loss |
| |   Rental Reimbursement Coverage | | Legal Action Against Us |
| |   Towing and Labor Costs Coverage | | Non-duplication of Payment |
| | Limit of Liability | | Our Right to Recover Payment |
| | Payment of Loss | | Ownership |
| | Loss Payable Clause | | Policy Period and Territory |
| | Waiver of Collision Deductible | | Termination |
| | Exclusions | | Transfer of Your Interest in this Policy |
| | No Benefit to Bailee | | Two or More Auto Policies |
| | Other Sources of Recovery | | |
| | Appraisal | | |

# CALIFORNIA AUTO POLICY

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages and limits of liability for which a premium is shown in the Declarations.

## DEFINITIONS

The words defined below are used throughout this policy. They are in boldface when used.

A. **You** and **your** refer to the "named insured" shown in the Declarations and spouse if a resident of the same household.

B. **We, us,** and **our** refer to the Company providing this insurance.

C. **Auto business** means the business of altering, customizing, leasing, parking, repairing, road testing, delivering, selling, servicing, or storing vehicles.

D. **Bodily injury** (referred to as BI) means bodily harm, sickness, disease or death.

E. **Family member** means a person related to **you** by blood, marriage, or adoption who is a resident of **your** household. This includes a ward or foster child.

F. **Miscellaneous vehicle** means the following motorized vehicles: a motorcycle, moped or similar type vehicle; motor home; golfcart; snowmobile; all-terrain vehicle; or dune buggy.

G. **Occupying** means in, on, getting into or out of.

H. **Property damage** (referred to as PD), except as specifically defined in Part C, means physical injury to, destruction of, or loss of use of tangible property.

I. **Repair or replace** means restoring the damaged property or parts thereof to their pre-accident operational safety, function, and appearance. However, **we** may at **our** option **repair or replace** with parts of like kind and quality, including used or non-OEM parts (non-OEM parts are those produced by someone other than the original equipment manufacturer). **Repair or replace** does not require:

1. A return to the pre-accident market value of the property or parts thereof; or

2. Restoration, alteration, or replacement of undamaged property or parts thereof, unless such is needed for the operational safety of the vehicle.

J. **Temporary substitute vehicle** means a private passenger auto, pickup, van, miscellaneous vehicle or trailer not owned by **you** or a **family member** while it is used as a temporary replacement for **your covered auto** when withdrawn from normal use because of its breakdown, repair, servicing, loss, or destruction.

K. **Trailer** means a vehicle designed to be pulled by a private passenger auto, pickup, van, or **miscellaneous vehicle**. It also means a farm wagon or implement while towed by such vehicles.

L. **Van** means a four-wheeled land motor vehicle of the van type with a load capacity of not more than 2,000 pounds.

M. **Your covered auto** means:

1. Any vehicle shown in the Declarations.

2. Any of the following types of vehicles acquired by **you** or a **family member** during the policy period, beginning on the date **you** or a **family member** becomes the owner, but only if no other insurance policy provides coverage for such vehicle:

  a. A private passenger auto;

  b. A pickup or van; or

  c. A **miscellaneous vehicle** not used in any business or occupation.

For such newly acquired vehicles, **we** will automatically provide the broadest coverages as are provided for any vehicle shown in the Declarations. If **your** policy does not provide Comprehensive and Collision coverages, **we** will provide each with a $250 deductible. However, **we** will not provide any coverage for more than 30 days after the date **you** or a **family member** becomes the owner of the vehicle. If **you** wish to continue any coverage beyond the 30-day period, **you** must request it prior to the end of the 30-day period.

3. Any trailer you own.

4. Any temporary substitute vehicle. Only those coverages provided for the vehicle withdrawn from normal use will be extended to its temporary substitute vehicle.

## PART A – LIABILITY COVERAGE

### DEFINITIONS

**Covered person** as used in this Part means:

1. **You** or any **family member** for the ownership, maintenance, or use of any auto or trailer.

2. Any person using **your covered auto**.

3. Any other person or organization, but only with respect to legal liability imposed on them for the acts or omissions of a person for whom coverage is afforded in 1. or 2. above. With respect to an auto or trailer other than **your covered auto**, this provision only applies if the other person or organization does not own or hire the auto or trailer.

The following are not **covered persons** under Part A:

1. The United States of America or any of its agencies.

2. Any person with respect to BI or PD resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the BI or PD.

### INSURING AGREEMENT

We will pay compensatory damages for BI or PD for which any **covered person** becomes legally liable because of an auto accident. **We** will settle or defend, as **we** consider appropriate, any claim or suit asking for these damages. **Our** duty to settle or defend ends when **our** limit of liability for these coverages has been paid or tendered. **We** have no duty to defend any suit or settle any claim for BI or PD not covered under this policy.

### LIMIT OF LIABILITY

For BI sustained by any one person in any one auto accident, **our** maximum limit of liability for all resulting damages, including, but not limited to, all direct, derivative or consequential damages recoverable by any persons, is the limit of liability

shown in the Declarations for "each person" for BI Liability. Subject to this limit for "each person", the limit of liability shown in the Declarations for "each accident" for BI Liability is **our** maximum limit of liability for all damages for BI resulting from any one auto accident. The limit of liability shown in the Declarations for "each accident" for PD Liability is **our** maximum limit of liability for all damages to all property resulting from any one auto accident.

These limits are the most **we** will pay regardless of the number of:

1. **Covered persons**;

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

However, if a policy provision that would defeat coverage for a claim under this Part is declared to be unenforceable as a violation of the state's Financial Responsibility law, **our** limit of liability will be the minimum required by the state's Financial Responsibility law.

### SUPPLEMENTARY PAYMENTS

In addition to **our** limit of liability, **we** will pay on behalf of a **covered person**:

1. Premiums on appeal bonds and bonds to release attachments in any suit **we** defend. But **we** will not pay the premium for bonds with a face value over **our** limit of liability shown in the Declarations.

2. Prejudgment interest awarded against the **covered person** on that part of the judgment **we** pay. If **we** make an offer to pay the applicable limit of liability, **we** will not pay any prejudgment interest based on that period of time after the offer.

3. Interest accruing, in any suit **we** defend, on that part of a judgment that does not exceed **our** limit of liability. **Our** duty to pay interest ends when **we** offer to pay that part of the judgment that does not exceed **our** limit of liability.

**(PART A Cont'd.)**

4. Up to $100 a day for loss of wages because of attendance at hearings or trials at our request.

5. The amount a covered person must pay to the United States Government because of damage to a government-owned private passenger auto, pickup, or van which occurs while the vehicle is in the care, custody, or control of a covered person. The most we will pay is an amount equal to one month of the basic salary of the covered person at the time of loss. Only Exclusions A.1. and A.8. apply.

6. Other reasonable expenses incurred at our request.

7. All defense costs we incur.

**EXCLUSIONS**

A. We do not provide Liability Coverage for any covered person:

1. Who intentionally acts or directs to cause BI or PD, or who acts or directs to cause with reasonable expectation of causing BI or PD.

2. For PD to property owned or being transported by a covered person.

3. For PD to property rented to, used by, or in the care of any covered person. This does not apply to damage to a residence or garage.

4. For BI to an employee of that person which occurs during the course of employment. This exclusion (A.4.) does not apply to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5. For that person's liability arising out of the ownership or operation of a vehicle while it is being used to carry persons for a fee. This exclusion (A.5.) does not apply to a share-the-expense car pool.

6. While employed or otherwise engaged in the auto business. This exclusion (A.6.) does not apply to the ownership, maintenance, or use of your covered auto by you, any family member, or any partner, agent, or employee of you or any family member.

7. Maintaining or using any vehicle while that person is employed or otherwise engaged in any business or occupation other than the auto business, farming, or ranching. This exclusion (A.7.) does not apply to the maintenance or use of a private passenger auto; a pickup or van that you own; or a trailer used with these vehicles.

8. Using a vehicle without expressed or implied permission.

9. For BI or PD for which that person is an insured under any nuclear energy liability policy. This exclusion (A.9.) applies even if that policy is terminated due to exhaustion of its limits of liability.

10. For BI or PD occurring while your covered auto is rented or leased to others.

11. For punitive or exemplary damages.

B. We do not provide Liability Coverage for the ownership, maintenance, or use of:

1. Any vehicle that is not your covered auto unless that vehicle is:

a. A four or six wheel land motor vehicle designed for use on public roads with a rated load capacity of no more than 2000 pounds;

b. A moving van for personal use;

c. A miscellaneous vehicle having at least four wheels; or

d. A vehicle used in the business of farming or ranching.

2. Any vehicle, other than your covered auto, that is owned by you, or furnished or available for your regular use.

3. Any vehicle, other than your covered auto, that is owned by, or furnished or available for the regular use of, any family member.

This exclusion (B.3.) does not apply to your maintenance or use of such vehicle.

4. Any vehicle while being operated in, or in practice for, any speed contest.

**(PART A Cont'd.)**

C. There is no coverage for a covered person for BI to you or any family member, nor do we provide coverage for any covered person for BI to you or any family member whenever the ultimate benefits of that indemnification accrue directly or indirectly to any covered person.

D. There is no coverage for BI for which a covered person becomes legally responsible to pay to a member of that covered person's family residing in that covered person's household.

E. There is no coverage for liability assumed by any covered person under any contract or agreement.

**OUT OF STATE COVERAGE**

If an auto accident to which this policy applies occurs in any state or province other than the one in which your covered auto is principally garaged, your policy will provide at least the minimum amounts and types of coverages required by law.

However, no one will be entitled to duplicate payments for the same elements of loss.

**OTHER INSURANCE**

A. If there is other applicable liability insurance, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

However, any insurance we provide to a covered person:

1. With respect to a vehicle you do not own, will be excess over:

    a. Any other applicable liability insurance; or

    b. Any self-insurance in compliance with a state's financial responsibility law.

2. With respect to your covered auto, will be excess over the insurance afforded by an auto business if your covered auto is being operated by a person engaged in the auto business or by the business's employee or agent.

B. Defense costs. If both primary and excess policies of liability insurance apply to the loss, our share of defense costs is the proportion that the amount of damages paid by us bears to the total amount of damages paid under all applicable policies of liability insurance.

---

# PART B – MEDICAL PAYMENTS COVERAGE

**DEFINITIONS**

A. Air Bag means a supplemental passive restraint system commonly referred to as an air bag which is originally installed by the vehicle manufacturer and which, at the time of the accident, had not been made inoperable through modification, deactivation, disconnection, switching off or prior deployment.

B. Beneficiary means (in order of priority of payment):

1. The surviving spouse if a resident in the same household as the deceased at the time of the accident; or

2. If the deceased is an unmarried minor, either of the surviving parents who had legal custody at the time of the accident; or

3. The estate of the deceased.

C. Covered person as used in this Part means:

1. You or any family member while occupying any auto.

2. Any other person while occupying your covered auto.

3. You or any family member while not occupying a motor vehicle if injured by:

    a. A motor vehicle designed for use mainly on public roads;

    b. A miscellaneous vehicle; or

    c. A trailer.

(PART B Cont'd.)

D. **Essential services** means those household services that a covered person who is at least 18 years old would have performed without pay.

E. **Income actually lost** means the difference between:

The total of gross salary, fees, commissions, and profits from a business that a covered person was earning at the time of the accident; and

The total of gross salary, fees, commissions, profits from a business and payments from an income continuation or similar plan that the covered person received during the period of total disability.

F. **Medically necessary and appropriate medical services** are those services or supplies provided or prescribed by a licensed hospital, licensed physician, or other licensed medical provider that, as determined by us or someone on our behalf, are required to identify or treat BI caused by an auto accident and, sustained by a covered person and that are:

1. Consistent with the symptoms, diagnosis, and treatment of the covered person's injury and appropriately documented in the covered person's medical records;

2. Provided in accordance with recognized standards of care for the covered person's injury at the time the charge is incurred;

3. Consistent with published practice guidelines and technology, and assessment standards of national organizations or multi-disciplinary medical groups;

4. Not primarily for the convenience of the covered person, his or her physician, hospital, or other health care provider;

5. The most appropriate supply or level of service that can be safely provided to the covered person; and

6. Not excessive in terms of scope, duration, or intensity of care needed to provide safe, adequate, and appropriate diagnosis and treatment.

However, medically necessary and appropriate medical services do not include the following:

1. Nutritional supplements or over-the-counter drugs;

2. Experimental services or supplies, which means services or supplies that we determine have not been accepted by the majority of the relevant medical specialty as safe and effective for treatment of the condition for which its use is proposed;

3. Inpatient services or supplies provided to the covered person, when these could safely have been provided to the covered person as an outpatient.

G. **Reasonable fee** is the amount, as determined by us or someone on our behalf, which we will pay for charges made by a licensed hospital, licensed physician, or other licensed medical provider for medically necessary and appropriate medical services. We will pay the lesser of:

1. The actual charge;

2. The charge negotiated with a provider; or

3. The charge determined by a statistically valid database that is designed to reflect charges for the same or comparable services or supplies in the same or similar geographic region. The database will also reflect, where applicable, (a) the value of the actual medical services based on a nonspecific specific relative value scale for the services relative to other services and, (b) in the case of new procedures, services, or supplies, a comparison to commonly-used procedures, services, or supplies.

H. **Seat belt** means manual or automatic safety belts or seat and shoulder restraints or a child restraint device. Both the lap and shoulder restraints must be worn at the time of the accident for coverage to apply. If the covered person is a child, the child restraint device must meet federal motor vehicle safety standards and must be one recommended by its manufacturer as appropriate for use by children of like age and weight. The child must be properly seated and restrained within the device and the device must be attached to the interior of the vehicle in accordance with the manufacturer's instructions.

5100CA(01) 8-98

(PART B Cont'd.)

I. **Total disability** means disability which continuously prevents the covered person from performing the substantial duties of that person's usual occupation.

## INSURING AGREEMENT

A. **Medical Payments Coverage.** We will pay only the reasonable fee for medically necessary and appropriate medical services and the reasonable expense for funeral services because of BI caused by an auto accident, sustained by a covered person and incurred for services rendered within three years of the date of the accident.

A provider of medical services may charge more than the limits established by this policy's defined terms, but such additional charges are not covered. We or someone on our behalf will review, by audit or otherwise, claims for benefits under this coverage to determine whether fees and expenses were reasonable and whether treatment was medically necessary and appropriate.

B. **Air Bag and Seat Belt Benefits.** We will provide the benefits described only if at the time of the accident, Medical Payments Coverage was provided by the policy and the covered person for whom benefits are sought was:

1. Wearing a seat belt; or

2. Wearing a seat belt and occupying a seat in an automobile in which he was protected by an air bag; and

3. Entitled to collect benefits for medical expenses incurred as a result of the accident under the terms of the policy's Medical Payments Coverage.

We will pay a Death Benefit of $15,000 to the beneficiary of a covered person who dies as the direct result of BI sustained in an automobile accident while wearing a seat belt. We will pay an Additional Death Benefit of $10,000 to the beneficiary of a covered person who dies as a direct result of BI sustained in an automobile accident while wearing a seat belt and occupying a seat protected by an air bag. In either case, death must occur within three years of the date of the accident.

C. **Extended Benefits Coverage.** We will pay the following benefits for BI caused by an auto accident and sustained by a covered person:

1. **Wage Earner Disability Benefit** of 85% of income actually lost by an employed covered person during a period of total disability.

2. **Essential Services Disability Benefit** for reasonable expenses incurred for essential services during the time the covered person is actually unable to perform the services. This benefit applies only if the services are performed by a non-family member.

3. **Death Benefit** of $5,000 to the beneficiary of a covered person who dies within three years from the date of the auto accident as a direct result of BI caused by that accident.

## LIMIT OF LIABILITY

The following provisions represent the most we will pay regardless of the number of covered persons or beneficiaries, claims made, vehicles or premiums shown in the Declarations, or vehicles involved in an auto accident.

A. Medical Payments

1. The limit of liability shown in the Declarations for Medical Payments Coverage is the maximum limit of liability for each covered person injured in any one accident.

2. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and any other part of this policy.

B. The maximum Death Benefit we will pay under Air Bag and Seat Belt Benefits is $15,000 for death of any one covered person. The maximum Additional Death Benefit we will pay for death of any one covered person is $10,000. These amounts are the most we will pay regardless of the number of vehicles to which this coverage applies, or the number of coverages or premiums shown in the Declarations.

**(PART B Cont'd.)**

No one will be entitled to receive duplicate payments for the same elements of loss.

C.  The limit of liability for Wage Earner Disability Benefit and the limit of liability for Essential Services Disability Benefit, as stated in the Declarations, is the maximum limit of liability for each coverage for each covered person injured in any one accident, subject to the following conditions:

1.  Payment of Wage Earner Disability Benefit to you or a family member will not exceed the amount shown on the Declarations Page per 30-day period.

2.  Payment of Wage Earner Disability Benefit to a covered person other than you or a family member will not exceed $1,000 per 30-day period.

3.  Wage Earner Disability Benefit and Essential Services Disability Benefit begin the eighth day after the accident. We will pay these benefits for no more than two years to any one covered person. These benefits will not continue after the death of the covered person.

4.  Any amounts otherwise payable as benefits under Wage Earner Disability Benefit shall be reduced by:

    a.  The amount of any similar benefits which are paid or payable under any workers' compensation law or policy, or under any disability or health and accident policy; and

    b.  The amount of any disability benefits provided by any governmental agency.

**EXCLUSIONS**

We do not provide benefits under this Part for any covered person for BI:

1.  Sustained while occupying any vehicle that is not your covered auto unless that vehicle is:

    a.  A four or six wheel land motor vehicle designed for use on public roads with a rated load capacity of no more than 2000 pounds;

    b.  A moving van for personal use;

    c.  A miscellaneous vehicle having at least four wheels; or

    d.  A vehicle used in the business of farming or ranching.

2.  Sustained while occupying your covered auto when it is being used to carry persons for a fee. This does not apply to a share-the-expense car pool.

3.  Sustained while occupying any vehicle located for use as a residence.

4.  Occurring during the course of employment if workers' compensation benefits are required or available. This does not apply to Extended Benefits.

5.  Sustained while occupying, or when struck by, any vehicle, other than your covered auto, that is owned by you or furnished or available for your regular use.

6.  Sustained while occupying, or when struck by, any vehicle, other than your covered auto, that is owned by or furnished or available for the regular use of any family member. This does not apply to you.

7.  Sustained while occupying a vehicle without expressed or implied permission.

8.  Sustained while occupying a vehicle when it is being used in the business or occupation of a covered person. This does not apply to BI sustained while occupying a private passenger auto; a pickup or van you own; or a trailer used with these vehicles.

9.  Caused by or as a consequence of war, insurrection, revolution, nuclear reaction, or radioactive contamination.

10.  Sustained while occupying your covered auto while it is rented or leased to others.

11.  Sustained while a participant in, or in practice for, any speed contest.

**OTHER INSURANCE**

If there is other applicable auto medical payments insurance, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

The Death Benefit and Additional Death Benefit provided by Air Bag and Seat Belt Benefits will be paid in addition to any death benefit payable under the policy's Medical Payments Coverage.