**CAREY CALDWELL**
July 11, 2005
Page 11 of 32

<u>OUTSIDE X-RAYS, MRI'S</u> (Continued)

"1.  Status post left total hip prosthesis, with a fracture in the proximal femur around the femoral component.

2.  Possible pathologic fractures involving the left pubic ramus.

3.  No active cardiopulmonary disease."

There is an x-ray report of the left hip from Stanford dated 7-22-03.  The impression was:

"1.  Stable, well aligned total let hip prosthesis with redemonstration of subtle lucencies just deep to the acetabular cuff, but unchanged. The single stabilization screw in the left acetabular component is also stable. No new fracture. There is redemonstration of heterotopic bone along the region of the greater trochanter. No new fracture or change in alignment.

2.  No evidence of a left sided rib fracture."

There is an x-ray report of the hp and pelvis dated 7-22-03 from Stanford Hospital.  This notes, "there is a subtle area of irregularity along the medial proximal femoral shaft, which could represent a stress reaction as there is some mild periosteal reaction. Recommend attention on follow up."

There is an x-ray report of the lumbar spine and left femur dated 8-26-03 from Stanford Hospital. The impression was:

"1.  Two views of the lumbar spine demonstrate a mild levoscoliosis and a vague 1 cm. calcification overlying the left ilium. Mild facet sclerosis is seen in the lower lumbar spine and mild degenerative disc disease at L5-S1.

2.  Status post left total hip replacement with screw fixated acetabular component and noncemented femoral component. Interval revision of the left total hip replacement is seen in the femoral component with the addition of a lateral side plate and multiple screws. No evidence of hardware failure or abnormal radiographic lucency is seen. A healing fracture is seen in the mid left femoral area."

There is an x-ray report of the hip and pelvis dated 9-30-03 from Stanford Hospital.  The impression was:

**CAREY CALDWELL**
July 11, 2005
Page 12 of 32

OUTSIDE X-RAYS, MRI'S (Continued)

"1. Interval progression of a mid-femoral fracture with callus formation as well as insertion of a new plate along the left femur.

2. No interval change in old left hip prosthetic with persistent lucency at the acetabulum.

3. Old left inferior rami fracture."

There is an x-ray report of the pelvis and left femur dated 11-4-03 from Stanford Hospital. The impression was:

"1. Interval placement of an external affixation plate along the lateral aspect of the mid femur. No evidence of hardware complications or changes in alignment.

2. Interval increase in callus seen at the osteotomy at the proximal third of the femur.

3. No evidence of changes in alignment in the femoral prosthesis. No other significant interval changes."

There is a CT scan of the head dated 7-24-98 from Alameda Hospital. The impression was "large right temporal mass, probably a neoplasm."

**REVIEW OF MEDICAL RECORDS**

The medical records from Alameda Hospital were reviewed. There is an emergency room note dated 6-6-03. The presenting problem is "auto collision." It notes the history of a motor vehicle accident. It notes complaints of "left hip and lower back pain. She self extracted. Was ambulatory at the scene and refused medical treatment at the scene. There is a history of a recent left hip revision arthroplasty. Was concerned about pain in that area." Her appearance was listed as "cooperative in minimal acute distress." Her pulse was 92. Her blood pressure was 122/84. On physical examination of the extremities, it notes, "no tenderness, limitation of motion, left hip is without deformity." The ER emergency room physician notes x-rays of the left hip were read as showing "intact prosthesis without fracture or dislocation." The plans for follow up were that she should see her orthopedist for further evaluation.

There is a nursing assessment form. This notes, "involved in MVA. Complains of left hip pain, pinned in car, evidently history of hip replacement revision 3-18-03, increased pain all the time. Decreased back, groin pain, left side. Positive seatbelts." It notes her medications are Zoloft, Plaquenil. Under past medical history, it notes, "brain tumor 1998, left hip 2003."

**CAREY CALDWELL**
July 11, 2005
Page 13 of 32

REVIEW OF MEDICAL RECORDS (Continued)

The medical records from Stanford Hospital were reviewed. There is a follow up visit dated 6-17-03 by Dr. Schurman. He notes, "Ms. Caldwell is three months status post right revision hip arthroplasty. He notes, "she was recently in a motor vehicle accident on 6-6-03 where she states that she was hit on the driver's side of her car and subsequently had some pain associated with this collision. She is reporting some pain in the left frank region as well as some left hip pain and left lumbar pain. These have been fairly persistent since the injury. She is not complaining of weakness or numbness or bowel or bladder dysfunction." The physical examination notes, "one examination today we have confirmed an area of tenderness over the left front flank region. Straight leg raise examination was negative." Under radiographs, it notes, "x-rays of the lumbar spine, left ribs in the region of discomfort, pelvis and left hip were obtained today and no focal abnormalities are noted on these films." The impression was "pain after a motor vehicle accident, possible contusion versus occult fractures." Under plan, it notes, "we have asked her to not return to work until her follow up visit in four weeks." There is an addendum to this letter that notes, "I saw this patient with Dr. Masters. Ms. Caldwell is three months status post right revision total hip replacement, but she is really here because the operative side of her body was hit in a major automobile accident, of which I believe she was the driver and a woman drove right into her with an extremely large car. As I understand it, it totaled her car. I have seen her for this once before, but now she is back on two crutches. She has groin pain, pain above the greater trochanter and she has pain in her rib area just below her breasts anterolaterally. I could not find any fracture on the rib x-rays, but sometimes they do not show up until they heal and sometimes they are difficult to see, so I am waiting for radiology to come in. She is limping along on her left leg with pain that she did not previously have prior to the auto injury. I had prescribed her some medicine previously, which is helping her, although she has, if anything, gotten worse in terms of pain and ability to get around. She is limited to her house just getting out of it once a day briefly and that is all she can stand. Her hip has excellent passive range of motion without pain especially with internal rotation there is no pain. There is no evidence on x-rays of a spine or fractured hip. My diagnosis is "sprain of hip flank and ribcage on the same side as her total hip replacement."

There is a note from Dr. Schurman dated 7-22-03. This notes, "follow up left hip pain status post revision, 3-03 and MVA 6-03." The history of present illness notes, "the patient is a 55-year-old female patient status post revision of left femoral component and polyethylene liner of the left hip in 3-03. She tolerated the procedure well and was recovering well. However, on 6-6-03, the patient sustained an MVA, broad-sided on a local street in downtown Oakland. She was the driver and was hit on the left side. The car was totaled, although the airbag did not deploy. The patient has since had increased pain in the left hip. The pain is more at the lateral aspect and also at the groin area. She also has occasion numbness and tingling of the toes." The physical examination follows. There is an addendum by Dr. Schurman that notes the history of the accident. He notes, "she is a bit tender around her greater trochanteric area." He goes on to note, "the x-rays between the last three times, including the current one, suggest that she might have

CAREY CALDWELL
July 11, 2005
Page 14 of 32

REVIEW OF MEDICAL RECORDS (Continued)

an increased anteversion of her femoral component, from very mild to moderate. I took a close look at her rotations of her feet when she stands up, she can externally and internally rotate her feet with her legs in full extension and her kneecaps pointing forward. Lying supine, however, she can only externally rotate her left leg to at least 0, but possibly a couple more degrees past 0, in neutral rotation. She can internally rotate her right leg, though, about 45 degrees. The right hip internally and externally rotates symmetrically, about 30-35 degrees internally and externally. She can walk and keep her left foot facing forward but it seems to be a slightly awkward thing for her to do. I encouraged her, actually, to walk with her leg internally rotated if that improved the ease of her walking. It was hard to relate today's x-ray to the other two, as there were certain rotation abnormalities about the acetabular side, as well as the femoral component side, making me think that is was not a comparable view. In any event, she is now unable to return to work; it is in a sedentary position and I do not think she could take the going, coming and the work load all day, of getting up and moving around. I have ordered complete disability for work for at least the next two months."

There is an Operative Report dated 8-6-03. The surgeon is Dr. Schurman. The procedure performed was "open reduction and internal fixation, left periprosthetic femur fracture." Under indications for procedure, he notes, "the patient is a 49-year-old female who is status post left revision total hip arthroplasty in March 2003, who sustained a mechanical fall roughly 1 or 2 weeks ago. She was seen in outside hospital and preoperative radiographs showed a transverse fracture of the femur proximal to the tip of the femoral stem. She was brought to the operating room after thorough discussion of risks and benefits of the procedure." The procedure is then described.

There is a Discharge Summary. The date of admission was 3-19-03. The date of discharge was 3-22-03. The indications were "this is a 48-year-old female; status post a primary left total hip arthroplasty done in 1987 for trauma, now with increasing pain, decreasing ambulation and radiographic evidence of a loose femoral component." Under procedure performed. It noted, "on March 19, 2003, she was taken to the operating room for a revision of her left total hip arthroplasty with removal of old femoral component and insertion of a long stem press fit component and also removal of her old acetabular liner. The acetabular shell was well fixed and a new all polyethylene liner was cemented into the old acetabular shell." Her hospital course is noted. She was to be seen in follow by Dr. Schurman's private clinic.

There is an admission History and Physical dated 3-12-03. This notes, "revision left total hip replacement and possible acetabulum and femoral components and bone allograft." Under past medical history, it notes:

CAREY CALDWELL
July 11, 2005
Page 15 of 32

REVIEW OF MEDICAL RECORDS (Continued)

"1. Oligoastrocytoma diagnosed in 1998 status post brain surgery. Radiation therapy and chemotherapy completed in early 1999. Currently stable.

2. Sjogren's disease.

3. Early rheumatoid arthritis.

4. Degenerative joint disease.

5. Depression.

6. History of hypothyroidism."

Under social history, it notes, "smokes half a pack to 1 pack a day for the past 30 years."

There is an Operation Report dated 3-19-03. The operation performed was "left total hip arthroplasty revision with removal of old femur and revision to a long stem femoral press fit component. There was also removal of an old acetabular liner and a cementation of an all polyethylene liner into a well fixed acetabular shell."

There is a dictated note from Dr. Chung from an offsite SNF visit dated 8-10-03. He notes, "she underwent periprosthetic femur fracture repair and has now transferred to Sharon Heights for continuing physical and occupational therapy as well as rehab." Under past medical history, it notes, "Sjogren's syndrome, early rheumatoid arthritis, depression, seizure disorder secondary to her astrocytoma, original hip arthroplasty done in 1988 revision in March 2003, redo again in August 2004 as noted above." Under social history, it notes, "she also previously smoked two packs per day, although she rolls her own cigarettes. It is the equivalent of two packs per day...she also drinks at least two to three drinks per night and at this time she is requesting that she have a least one drink each evening with dinner, which she state that she was given at Stanford Hospital as well." The physical examination follows. It notes, "her left surgical site is examined. It appears to be healing well." He goes on to note, "she and I also discussed her alcohol use in brief detail. She states that she was drinking at least two to three drinks per night and at this time is not willing to cut down. She is agreeable to at least drink only one drink per night here at the rehab facility."

There is a Discharge Summary. The date of admission is 8-4-03. The date of discharge is 8-10-03. This notes, "the patient is a 49-year-old female, status post left total revision hip arthroplasty in March 2003; transferred for management of a left sided prosthetic femur fracture." The history of the MVA in June 2003 is noted. It notes, "she has had groin pain since then. She has also had a number of mechanical falls, which may have resulted in the periprosthetic femur

CAREY CALDWELL
July 11, 2005
Page 16 of 32

## REVIEW OF MEDICAL RECORDS (Continued)

fracture." The hospital course is described. He notes, "she had one episode of delirium, which might have been related to her alcohol usage in the past and was accordingly placed on small dose of Valium without any other subsequent episodes." She was then discharged to Sharon Heights Skilled Nursing Facility for further management.

The medical records from American Medical Response were reviewed. There is an Alameda county Prehospital Care Report dated 8-4-03. The chief complaint was, "left hip pain." It notes the patient was taken to Alta Bates Hospital.

The medical records from Alta Bates Medical Center were reviewed. There is a handwritten emergency room note dated 8-1-03. The chief complaint is "left hip pain, left knee pain, left knee swelling, decreased mobility since MVA June hit on left side. Over last 2 weeks, decreased mobility, socket pain, unable to ambulate. +2 leg edema." The physician's notes are handwritten and very difficult to read.

There is a Transfer Summary. The date of admission was 8-1-03. The date of transfer was 8-4-03. It notes, "she has a history of let total hip replacement revision in March of 2003 and was reinjured after a motor vehicle accident in early June of this year and has had subsequent left hip pain. During the last week she has had difficulty standing on it with increased swelling in the lateral thigh area over the last two weeks. She states that she has fallen on a couple of occasions due to pain and her leg giving out." Her clinical course in the hospital is noted. It notes, "left hip x-rays were obtained which showed a proximal femur fracture with approximately 30 degrees of angulation at the mid shaft of her prosthesis." He goes on to note, "the plan is for patient to be transferred to Stanford Medical Center this evening. "

The progress notes seem to indicate that the admitting physician had a discussion with orthopedic Cardon. However, I don't see any notes from him in the records.

The medical records from Advanced Respiratory Care were reviewed. This file seems to contain needs for postoperative care following her hip revision surgery in March 2003.

The medical records from Robert Dreyfuss, L.AC., O.M.D. were reviewed. Handwritten notes seem to start on 6-16-03. The date of injury is noted as 6-6-03. There follow handwritten entries indicating the days of treatment there and comments are made about her complaints. These entries run through 11-24-03.

The medical records from Marin Orthopedic Rehabilitation were reviewed. The billing records seem to start on 1-2-03. This appears to be for physical therapy type treatment. The therapist is listed as Robert Dennis Morgan, P.T. It looks like this is for physical therapy in 2001 and 2002.

**CAREY CALDWELL**
July 11, 2005
Page 17 of 32

REVIEW OF MEDICAL RECORDS (Continued)

The medical records from Photo Med Solutions Alta Bates Medical Center were reviewed.
There are no records under that name.

The medical records from SOAR (Sports Orthopedic and Rehabilitation Medicine Associates)
were reviewed. There is a typewritten "initial evaluation" dictated by Dr. Nicole Barry dated 10-
8-02. This notes, "consultation for possible autoimmune disease. Ms. Caldwell states that she
has had Raynaud's syndrome for several years. Recently she developed pain and swelling in the
left fifth toe which lasted for a few days but then seemed to migrate to her ankles and knees.
Each joint would be painful for a few months at a time and then would resolve. She mentioned
that recently she has been having a lot of dental problems. She has had extremely dry mouth for
a few years. She also has some low back pain, which has been present for a few years. She has
noted some pulmonary erythema as well as some irregular edges of her nails." Past medical
history notes:

"1. Significant for a seizure of July of 1998.

2. A brain tumor diagnosed in July.

3. Status post craniotomy on 8-5-98, followed by radiation and chemotherapy.

4. Status post fracture of the left hip in 1995 requiring ORIF.

5. Total hip replacement done in July 1988."

Under family history, it notes, "significant for a mother with rheumatoid arthritis." The physical
examination follows. The impression was "possible autoimmune disease associated with joint
pain with mild swelling in the ankles and knees as well as the toes accompanied by a long history
of Raynaud's syndrome and sicca symptoms." She ordered some laboratory tests. She thought
she might need to be seen in the dermatology clinic at Stanford.

There is a note from Dr. Berry dated 11-5-02. The impression was "possible seronegative
Sjogren's syndrome.

There is a letter from Samantha Wyatt, M.D. Dermatologist Resident at Stanford dated 11-29-02
that is addressed to Dr. Barry. This notes her history. Under physical examination she is
described as a "slightly debilitated female, appearing older than her stated age." This notes, "our
assessment today is that she does have mild livedo reticularis. They notes, "because oaf her long
smoking history, we would recommend that she have arterial and venous Dopplers of the lower
extremities to evaluate patency of these vessels."

CAREY CALDWELL
July 11, 2005
Page 18 of 32

REVIEW OF MEDICAL RECORDS (Continued)

There is an emergency room note dated 8-2-03 from Alta Bates Medical Center. The chief complaint is "left hip pain and left leg swelling." The history of present illness notes, "status post a left total hip replacement revision in March of 2003. She reinjured the same area on June 6 of this year in a motor vehicle accident, which resulted in left hip pain. She has seen her surgeon at Stanford since then, who told her that further surgery would probably be necessary not urgent at that specific time. For the past 1 to 2 weeks she has noted extreme swelling of the left thigh and leg and increasing pain in the left hip area. She says the leg is 3 times its regular size." The past medical history notes:

"1.  Childhood asthma.

2.  Left total hip replacement in 1988 due to trauma, with further course as described above.

3.  Brain tumor in 1998, status post surgery and radiation therapy, with initiation of chemotherapy, but which was discontinued due to toxicity.

4.  Seizure times 1 in 1998, subsequently on Depakote.

5.  Sjogren's syndrome.

6.  Raynaud's.

7.  In November of 2002, TSH, ESR, HLA, B27 and auto antibodies were all normal, which were ordered by her rheumatologist."

The physical examination follows. The impression was:

"1.  Left hip pain and left leg swelling. There is some concern for deep venous thrombosis; however, her elevated INR is puzzling at this time. Her history of alcohol use would seem a likely candidate; however, her albumin and platelets are both normal at this time and she has nothing in her history to suggest cirrhosis. Ultrasound will be checked in the morning and I will recheck the INR tonight and reconsider anticoagulation at that time.

2.  Rheumatologic disease. Plaquenil and Evoxac will be continued.

3.  History of seizure. Depakote will be continued.

4.  Depression. Zoloft will be continued."

CAREY CALDWELL
July 11, 2005
Page 19 of 32

REVIEW OF MEDICAL RECORDS (Continued)

There is a typewritten note from Dr. Barry dated 10-7-03. This notes, "she underwent a left total hip replacement in March of 2003. She fell in June of 2003 and fractured her left femur; however, it was not diagnosed until August. She then underwent an ORIF for the fractured femur. Over a month later she began to notice redness in her left foot. The redness would be worse at the end of the day and was associated with some swelling. She called our office on the 15th of September and described her symptoms. We suggested that she be seen in the emergency room immediately to rule out a DVT. She apparently did and a DVT was ruled out. She has been seen by her orthopedist who apparently told her that he could not explain it...on physical examination, the left foot is erythematosus, almost purple between the first and second toes." The impression was "RSD versus an arterial occlusion. I discussed her case with Dr. John Harris at Stanford who agreed to see her for further evaluation. I did let him know that she does have an autoimmune disease."

There is a typewritten consultation from Dr. Harris dated 10-23-03. He notes her history of the left hip problem and subsequent surgery. He notes her history of rheumatoid arthritis. He notes she was referred for the possibility of an "arterial injury or arterial insufficiency." The physical examination is noted. He notes the findings in the Vascular Laboratory. He notes, "I explained to Carey that I believe she does have a normal arterial supply and I believe most of her symptoms are related to a vasospastic problem...there was no evidence for any significant arterial ischemia and she was relieved."

There is a second file from Stanford Health Care that was reviewed. There is a typewritten consultation from Dr. Mitrah dated 8-26-03. This notes, "I had the pleasure of seeing your patient Ms. Carey Caldwell, at Stanford International Spine Clinic today for a new patient consultation." The reason for consultation was "the patient is a 49-year-old female with 30 year history of episodic left sciatica with recent exacerbation sine a motor vehicle accident on June 6, 2003. The patient is status post left total hip replacement with recent revision in March of 2003, recent surgical repair for the left periprosthetic femur fracture on August 6, 2003. The patient was seen in conjunction with Dr. Alping Smith, Spine Fellow in Physical Medicine and Rehabilitation." Under history of present illness, it notes, "the patient reports that she has off and on low back pain with radicular symptoms to the left lower extremity and with diagnosis of left sciatica for the past 30 years. She had exacerbation since she was involved in a motor vehicle accident on June 6, 2003. The patient reports that her car was T-boned at a red light junction by another car at approximately 30 miles per hour. The impact hit her left hip and left side of her body. She was sent to Emergency Department for evaluation and she was not found to have any fracture at that time. In August 2003, she had swelling of her left lower extremity and work up revealed that she had left periprosthetic femur fracture and this was surgically repaired on August 6, 2003. She is currently doing no weight bearing on the left lower extremity." He reviews the series of her past diagnoses, including depression. His physical follows in which he states, "the patient's affect is flat during the entire interview." The

**CAREY CALDWELL**
July 11, 2005
Page 20 of 32

REVIEW OF MEDICAL RECORDS (Continued)

impression was "Ms. Caldwell is a 49-year-old female with a 30 year history of chronic low back pain and radicular symptoms of the left lower extremity with recent exacerbation since June of 2003. History and physical examination suggest that the lumbar strain was myofascial spasm and possible left L5 radiculopathy as the main pain generator of her current symptoms. Other possible pain generators are degenerative disc disease and spondylosis." He makes recommendations for medications, physical therapy, interventional procedures and diagnostic studies.

The medical records from Nancy Burke, CST were reviewed. There are a series of handwritten notes indicating her various dates of treatment there starting on 6-18-03. This notes, "car totaled 6-6-03." These entries run through 11-26-03.

There is another file from Stanford Hospital and Clinics that was reviewed. This starts on page 193 and runs through page 328. This file contains more records from Stanford. Of interest is a record on 6-4-02 at which time she is complaining of pain in the left groin and buttocks. It notes, "walks with a decided coxalgic limp." At that time he noted a failure of the prosthesis and he offered a revision total hip replacement.

There then follow more of Dr. Schurman's records leading up to the March 2003 hip surgery and revision.

There is a note on 4-29-03. This notes, "the patient is six weeks status post left total hip revision arthroplasty. She is doing very well. The incision is well healed." The physical examination notes, "she has good range of motion within the safe arc of motion determined by the brace." She was to be seen again in six weeks to have x-rays taken at that time.

There is a note on 6-17-03. This notes, "three months status post right revision hip arthroplasty. She is actually here today about other issues. She was recently in a motor vehicle accident on June 6, 2003, where she states that she was hit on the driver's side of her car and subsequently had some pain associated with this collision. She is reporting some pain in the left flank region as well as some left hip pain and left lumbar pain. These have been fairly persistent sine the injury."

There continue follow up notes that we have previously discussed from the other files from Stanford.

The billing records from SOAR were reviewed.

**CAREY CALDWELL**
July 11, 2005
Page 21 of 32

<u>REVIEW OF MEDICAL RECORDS</u> (Continued)

The billing records from Marina Medical Billing, Berkeley Emergency Med Group were reviewed. There are charges from the emergency room visit on 8-1-03 in the amount of $339.00.

The billing records from Stanford Healthcare – Billing were reviewed.

The records from Alta Bates Medical Center business office were reviewed. This file contains billing records for hospitalization starting on 8-1-03. The total charges are in the amount of $15,530.10. However, there was a -$1,698.10 for a contractual allowance.

There is a file, which is labeled as "Medical Bills." This file contains billings from American Medical Response, Stanford Medical Centers, Stanford Hospital and Clinics, Alameda Hospital, Alta Bates Medical Center, Berkeley Emergency Medical Center, Nancy Burke, M.D., Mary Curry, L.Ac., OMD, Ph.D, Sharon Heights Care and Rehabilitation, Robert N. Dreyfuss, DMD, Sports Orthopedic and Rehabilitation, Robert D. Morgan, P.T., Annie Tyson, Sutter VNA & Hospital and Jeffrey A. Wieder, M.D.

There is a second file, which is also labeled as "Medical Bills." This appears to be a duplicate file.

There is a second group of records labeled "Hospital & M.D. Records." This file contains a file from American Medical Response. This appears to be a duplicate of records we have previously discussed.

This file contains records from Stanford Hospital, Dr. Schurman's report.

There is also a note dated 8-4-03. This notes, "status post left revision total hip arthroplasty in 3-03. Transferred for management of left periprosthetic femur fracture. Patient was in MVA 6-6-03, struck in left side and states that components were shifted at that time and has had constant groin pain since. Has since had 2 mechanical falls and sought care at Alta Bates secondary to increased left lower extremity swelling and pain. X-ray revealed fracture." The physical examination notes, "well healed incision, + ecchymosis/edema high."

There is a file labeled Stanford Hospital Follow Up Care. This file contains follow up visits with the patient that we have previously discussed.

CAREY CALDWELL
July 11, 2005
Page 22 of 32

REVIEW OF MEDICAL RECORDS (Continued)

This file also contains a note from Dr. Schurman dated 11-4-03. He notes, "I saw the patient today and spent about forty minutes with her going over every x-ray to keep her clear as to what happened to her femur at different times." Under physical examination, he notes, "she cannot navigate very well without the two crutches, although she is essentially fully weight bearing with the two crutches...she is still having stiffness of her hip and some pain." He notes, "the x-rays taken today show the fracture is basically healed. When she is conscious of watching her heel strike, she can walk with her foot straight ahead or somewhat externally rotated in a normal fashion, but her range of motion still is more internal than external with her left leg. He then chronicles some of her history after the motor vehicle accident. He notes, "she had difficulty and fell several times. Apparently one of those falls was a result of her secondary problem of the automobile accident, which was instrumental in her falls. Subsequently after several falls, she was taken to another hospital and transferred to see us with fracture just above the clothespin aspect of the femoral component. In early August she underwent an open reduction internal fixation, which has now healed."

There is a letter from Dr. Schurman that is addressed to the Law Offices of Joseph E. Tomasik dated 9-18-03. He chronicles his care of her from March 2003 until the present time. He then has a summary on the last page of the letter. He notes, "following her automobile accident there was a change in the rotation of her femoral component that has persisted until his time, making it somewhat more difficult to walk with her foot pointing forward. She subsequently had at least two falls, one of which apparently resulted in a periprosthetic fracture. This was satisfactorily operated on, but she has maintained a relative internal rotation of the left leg. It is difficult to say at this time what residual problems Ms. Caldwell will have. She still has some low back pain and sciatica. She continues to have some pain in the back and left lower extremity and still remains weak from the two operations and her motor vehicle injury. It is difficulty to tell and may be for some time exactly what her residual problems might be. She had a neurosurgical procedure with chemotherapy in the past and I am somewhat concerned that this may relate to her current situation and have asked her to follow up with her neurosurgeon for this. This would also be for evaluation of her low back and sciatica."

There is a file from Alta Bates Hospital, which we have previously reviewed. However there is an absence of at least two falls prior to admission to Alta Bates Medical Center, which I have discussed in other records.

There is a file form Alameda Hospital, which we have previously discussed, particularly the emergency room note dated 7-25-03. This notes the history of the previous motor vehicle accident and notes, "the orthopedist told her that the prosthesis had twisted." On examination of the left hip, it notes, "mild tenderness on palpation and no pain with motion." She was treated symptomatically.

**CAREY CALDWELL**
July 11, 2005
Page 23 of 32

REVIEW OF MEDICAL RECORDS (Continued)

There is the initial visit on 6-6-03 following the motor vehicle accident, which we have
previously discussed.

There is a file from Marin Orthopedic that was reviewed. There is a handwritten note dated 5-
29-03. This notes, "very weak hip, antalgic compensated gait with one crutch, able to walk with
cane."

There were two visits canceled in June 2003.

There is a note on 6-26-03. This notes, "MVA side impact from driver's side, increasing pain
left side of body, increasing left hp and thigh pain. Large ecchymotic area left buttocks and
proximal thigh. Using 2 crutches...cannot lift _____ (illegible) left lower extremity in prone
position. Tender multiple areas to light palpation buttocks and lateral thigh." It looks like
physical therapy was given.

The last note is on 7-10-03. This notes, "ribs still sore, complaining of cervical pain. Still
avoids weight bearing on left and uses single crutch."

This file also contains billing from Robert Dennis Morgan.

There is another file from Alameda Hospital that was reviewed. This file contains duplicates of
records we have previously noted.

The medical records from Mary Curry, L.Ac. were reviewed. There are a series of handwritten
entries, which seem to start on 7-6-98. This notes, "rear ended yesterday, progressively worse
neck and spinal pain."

There is a note dated 8-25-98. This notes, "brain tumor surgery, begins radiation next week."

There is a note on 11-23-98. This notes, "chemo going okay."

There is a note on 12-21-98. This notes, "has neck pain and tightness and back pain."

There is a note on 1-11-99. This notes, "lots of swelling in legs and ankles."

There is a note on 3-11-99. This notes, "fatigue and severe back ache."

There is a note on 6-1-99. This notes, "fatigue and neck and buttock pain."

There is a note on 9-20-99. This notes, "neck is very tight and painful, stress, sleep insufficient."

**CAREY CALDWELL**
July 11, 2005
Page 24 of 32

## REVIEW OF MEDICAL RECORDS (Continued)

There is a note on 3-20-00. This notes, "headaches, stiffness of shoulders and neck."

There is a note on 8-7-00. This notes, "exhausted, neck pain, headache."

There is a note on 12-18-00. This notes, "lots of neck pain."

There is a note on 4-9-01. This notes, "fatigue and neck pain."

There is a note on 6-4-01. This notes, "fatigue and neck pain."

There is note on 7-16-01. This notes, "pain in her knee, hips and low back, also neck and jaw."

There is a note on 3-4-02. This notes, "neck and shoulder pain as well as hip pain."

There is a note on 7-29-02. This notes, "hip painful, probably have surgery in November."

There is a date of injury on 6-6-03.

There is a note on 6-23-03. This notes, "auto accident, injured hip 6-6-03. More pain than after surgery."

There is a note on 7-9-03. This notes, "new pain in hip/groin. Different than previous pain."

There is a telephone message on 7-28-03. This notes, "rib fracture, was a fall. Did not come to office."

There is a note on 9-8-03. This notes, "had surgery on 8-6-03."

There is a note on 9-22-03. This notes, "severe swelling of left foot with redness, hip painful."

There is a note on 11-3-03. This notes, "vascular specialist says no problem with feet."

The last note appears to be on 11-17-03. This notes, "neck and occipital pain and stiffness. Low back pain off and on. Hip – some pain both right and left."

There are another series of entries that seem to start in January 1995.

There is a note on 3-18-096. This notes, "hip pain and sciatica, swelling of the legs."

These records run through 1996, 1997 and 1998.

CAREY CALDWELL
July 11, 2005
Page 25 of 32


REVIEW OF MEDICAL RECORDS (Continued)

There is another set of records that seem to start in 1992 and run into 1993 and 1994.

The medical records from Sutter VNA & Hospice were reviewed. This file contains 233 pages. These records are regarding her home are and physical therapy following her surgery in March 2003.

It looks like she was cared for from 3-27-03 through 4-7-03, at which time there is a discharge date.

There is then a series of billing by Dennis Morgan, P.T. It looks like these charges go back to April of 2001.

There are a series of handwritten notes by the therapist including the note of 5-29-03 in which he noted the left hip was very weak, antalgic and compensated gait."

There is a physical therapy note dated 11-14-02. He notes, "fell and landed on her left side last week."

There are a series of physical therapy notes running from 1988 through 10-03.

There is a History and Physical dated 6-29-88. This is from Stanford University Medical Center. This notes the patient was being admitted for left total hip arthroplasty. It notes, "in September 1975, she was involved in a motor vehicle accident and sustained a fracture of the left femoral head." She underwent open reduction internal fixation of the femoral head and subsequently developed avascular necrosis. As a result of this, she developed severe degenerative arthritis of the left hip. Under review of systems, it notes, "bilateral knee pain which she has had for many years as well as occasional mid and low back pain."

There is a letter from physical therapist Morgan dated 11-13-98. H e notes, "patient sustained a moderate cervical sprain due to motor vehicle accident first week of July, 1998. Injuries resulted in moderate cervical and lumbar muscle spasm. Complains of bilateral cervical pain and slight bilateral low back pain."

The medical records from Marin Orthopedic Rehabilitation were reviewed. This file runs from page 467 to 583. This appears to mainly be billing records from physical therapist Morgan.

There is another group of records that appear to be Blue Shield bills and physical therapy bills from therapist Morgan.

**CAREY CALDWELL**
July 11, 2005
Page 26 of 32

REVIEW OF MEDICAL RECORDS (Continued)

There is another file from Marin Orthopedic Rehabilitation that was reviewed. This file starts on page 234 and runs through page 466. These records appear to be billing records and a duplicate of the previous file with the same name.

There are a series of records from Stanford Hospital Clinics. Most of these records I have previously discussed. However, there is a note dated 5-24-05 by Dr. Schurman. Under history of present illness, he notes, "patient is well known to me. She had a left total hip operation in the 1980's by me. In the postoperative period, the patient was involved in an automobile accident, which first looked all right. She was on crutches...when she was off crutches she had a fall at that time, but I don't remember it well." He then notes, "she had a few falls during the postoperative period...x-rays came back and showed she had a fracture periprosthetically. She had a subsequent operation...postoperatively after the car accident, there was rotation of the femoral component and the femur that resulted in her walking with internal rotation gait." On physical examination, he notes, "she walks better than I have seen her walk since this happened. She has an internal rotation of her left leg. She does it without any obvious pain. She is also back at work and works about 26 to 30 hours a week. She uses a cane part time. She loses her balance occasionally. She feels she a moderate to severe limp and I think is because of he internal rotation. She can get up from a chair but has to use her arms to a moderate amount to push herself up from the chair. She can't squat." He notes the various activities that she can do. He goes on to note that she rates her left knee as a 2-3/4 scale, which would be moderate to severe. That is in her left knee. Her right knee is the same. Her left hip has moderate pain. The right hip has minimal pain with activity or if she sits in the car for a long time she gets sciatica in the right hip. He notes, "along the spine she has 5 degrees of internal rotation and maximum external rotation of her left leg can internally rotate 28 degrees. With her right leg lying down, she can internally rotate about 55 degrees and externally rotate about 30 degrees. He notes x-rays taken that day show excellent healing. He says, "unless you knew where the fracture, you couldn't find it." He goes on to say, "she has some retroversion of the femoral component that occurred post automobile injury." He notes, "she does not have an internal rotational contracture prior to that time postoperatively." The plan was for her to continue working and continue using her lower extremities. He notes she is going to see him on what appears to be yearly basis.

There are also a series of clinic visits going back to 1999 and progressing forward. We have previously discussed these entries. These run through her most recent visit of 5-24-05.

The medical records from Sharon Height Care & Rehabilitation were reviewed. There is an admission history and physical dated 8-19-03 by Dr. Chung. He notes, "status post op left periprosthetic femur fracture with repair done by Dr. Schurman." Her records indicate that evidently she was admitted on 8-10-03.

There is a handwritten physical therapy evaluation dated 8-18-03.

**CAREY CALDWELL**
July 11, 2005
Page 27 of 32

REVIEW OF MEDICAL RECORDS (Continued)

There are handwritten entries indicating the physical therapy and occupational treatments that she received.

There is a handwritten Discharge Report dated 8-28-03.

There is a file from L.A. Smith & Son's Body Shop. This is evidently for an auto owned by Gwendolyn D. Harrison. This was listed as a 2001 Toyota Sequoia. Apparently the damage done to that vehicle was $9,552.83.

There are black and white pictures showing damage done to the front of the vehicle, particularly the right front, which is missing headlights, the fender panel and the front right panel.

There are black and white pictures of a Lexus with an impact indentation over the driver's door.

There are a series of legal papers that were reviewed. There are Response to Interrogatories dated 12-5-03 that were reviewed.

There is a copy of the Traffic Report dated 6-6-03. Ms. Caldwell is listed as "party #2." It notes she was driving a 1993 Lexus SC 300 red. It notes, "major damage was done to her vehicle." This was apparently over the driver's door area as was shown in the photograph. I don't see any mention made by the officer of any injuries to Ms. Caldwell in the motor vehicle accident.

I also reviewed various letters from attorney Tomasik addressed to the Law Offices of Vincent McLorg.

There is a typewritten narrative involving a phone call of 7-24-03 with Gwendolyn Harrison. She notes she was driving a 2001 Sequoia 4x4. She later noted that she did legal research for a law firm. She notes she was involved in an accident with a Lexus that she described as being maroon or burgundy. She notes she sustained injury to her left arm, left leg, chest and her head. They then discuss her treatment for injuries. She later states that she was going to an appointment. She said the light was green when the Lexus came through the light. She notes she was already through the light and the Lexus hit the side of her vehicle. There then follows more discussion about the motor vehicle accident. She noted there was a car to her right. She notes she was wearing her seat belt, but her airbag did not deploy.

There is a typewritten recorded statement from Vanessa Nguyen dated 8-8-03. In this she states the SUV ran a red light.

There is a file from USAA that was reviewed. This appears to be mainly billing records.