As you know, the California Fair Claims Handling Regulations and the duty of good faith and fair dealing in first party claims requires that USAA conduct its own prompt and fair investigation. Your refusal to provide our radiologist's finding of the left pelvis fracture to your record reviewer unless Ms. Caldwell pays money out of her own pocket for a written report is almost certainly yet another violation of the duty of good faith and fair dealing. I have referred bad faith cases arising out of UIM claims handling similar to this claim to Bill Shernoff, who has settled them for hundreds of thousands of dollars. If USAA tenders the remaining policy limits ($199, 745) in the next two weeks, I am fairly certain that Ms. Caldwell would be willing to waive all of her claims for extra-contractual liability as part of the release. If we are forced to proceed to arbitration, I think defense counsel will agree that USAA would face a grave risk of huge extra-contractual damages.

You state in your July 1, 2004 letter that because we are attempting to settle the claim before having to resort to formal arbitration, "the filing of a 998 is not an appropriate action." First, I did not file the 998 Offer to Compromise, but rather I served it. Second, I am unaware of any prohibition on serving a 998 Offer to Compromise before arbitration, but let me know if you are aware of any legal authority to the contrary. In fact, the main purpose of a 998 Offer to Compromise is to promote settlement before arbitration. Pursuant to your request regarding health insurance payments, I have enclosed a copy of the amounts paid by Blue Cross for Ms. Caldwell's medical treatment.

As you know, Ms. Caldwell has been unable to work since the collision until very recently, and even then she is only working part-time. USAA's protracted delay in evaluating Ms. Caldwell's claim is causing her a great deal of financial distress, and given her injured state, much emotional anxiety. If you still do not have all of Ms. Caldwell's X-rays, I am more than willing to send you whatever X-rays you need, **so please let me know at your earliest convenience which X-rays you do not have yet**. It would be much faster if I were able to send those films directly to your records reviewer. If we are forced to proceed to arbitration, we almost certainly will learn his or her identity at that point anyway, so let me know if this is acceptable to you. Thank you very much for anticipated prompt response to this letter.

Very truly yours,

LAW OFFICES OF JOSEPH E. TOMASIK

Joseph Tomasik

Joseph E. Tomasik

JET/vt

# EXHIBIT 21

Law Offices of Joseph E. Tomasik

The Studio Building
2039 Shattuck Ave., Suite 400
Berkeley, California 94704

Telephone: (510) 848-0500
Facsimile: (510) 848-0537
Website: www.lawjt.com

July 23, 2004

*Via Facsimile & U.S. Mail: (888) 531-8722*
Kathy Brayer
Claims Service Manager
USAA Claims
P.O. Box 15506
Sacramento, CA 95852

Re: Claim (policy) No.: 13311516-7101-5-8234
Insured/Claimant: Carey Caldwell
Date of Loss: June 6, 2003

Dear Ms. Brayer:

I represent Carey Caldwell regarding the above-referenced underinsured motorist claim. The adjuster handling on behalf of USAA is Raymond Umamoto, and my office has been informed that you are Mr. Umamoto's supervisor. I sent our policy limits demand package to Mr. Umamoto on February 19, 2004, and over the last five months I have sent him over a dozen letters. Unbelievably, not only have I not received a response to our settlement demand, but Mr. Umamoto still has not even obtained all of Ms. Caldwell's X-rays. Mr. Umamoto has delayed responding to nearly every inquiry or request I have made, including my request for Ms. Caldwell's insurance policy. Mr. Umamoto has also wrongly refused to provide our expert radiologist's verbal opinion to the doctor who Mr. Umamoto is having perform the records review. Two weeks ago I offered to send Mr. Umamoto whatever X-rays he needed in order to expedite evaluation of this claim, and he still has not responded to my offer.

As you know, this is a first party claim in which the duty of good faith and fair dealing applies. Unlike third party claims, USAA is required to treat Ms. Caldwell's interests at least equal to their own interests, and to work with her in a prompt and fair manner to determine the value of her UIM claim. Ms. Caldwell dutifully paid her premiums to USAA for many years, trusting that USAA would take care of her properly in her hour of need. Unfortunately, USAA has engaged in excessive and unjustified delay that has caused Ms. Caldwell significant emotional distress due to her painful and permanent injuries, as well as the financial strain caused by her substantial wage loss from her position as museum curator. I am hereby formally requesting that you and your supervisors review the claim file for this claim as soon as possible, and provide me with a response to our settlement demand promptly. Thank you very much for your anticipated courtesy and cooperation in this matter.

Very truly yours,

LAW OFFICES OF JOSEPH E. TOMASIK

Joseph Tomasik

Joseph E. Tomasik

JET/vt

# EXHIBIT 22



USAA CASUALTY INSURANCE COMPANY
P.O. Box 659462, San Antonio, TX 78265

JOSEPH E TOMASIK, ATTNY
THE STUDIO BLDG
2039 SHATTUCK AVE STE 400
BERKELEY CA 94704-0000

July 23, 2004

Policyholder: Carey T. Caldwell
Reference Number: 13311516-7101-5-8244
Date Of Loss: June 6, 2003
Loss Location: Oakland, California
re: Carey Caldwell

Dear Mr. Tomasik:

This letter is in response to your letter date July 9, 2004.

This is to advise you that we have received and forwarded your client's x-rays from Stanford Healthcare to the records review doctor. If you have any pre or post accident x-rays other than these as I requested earlier, please forward them to USAA as soon as possible to be passed on for review.

Per your request we will be passing on your hearsay verbal input you got from your unidentified radiologist to the records reviewer.

As for the 998 you served on this loss, it is my understanding to serve such a document, there must be parties to a filed action. Since it my understanding we are not in formal arbitration there is no action. You never did answer my question whether or not your client wanted to pursue this further in formal arbitration. Our current understanding is that we are working without formal arbitration. Has this changed?

I have routed your client's medical bills of $48,206 to our Medical Payments Coverage unit to let them address what they need to do or if they too will wait for the completion of the records review.

I understand that your client has recovered a $100,000 from her third party claim. Can you be a little more specific how this loss is creating a financial hardship on her?

Your acusations of USAA is delaying this matter are unfounded. As you know we are simply trying to make sure we have an approppriate understanding of the facts before making an evaluation of your client's claim.

As we have stated earlier we are unable to accept or reject your demand at this time. We wait for the completion of the formal records review. Once this is done, we will know what our next course of action will be.

If you believe this claim has been wrongfully declined or rejected, in whole or in part, or that there is a dispute as to liability or damages, you have the right to have the matter reviewed by the California Department of Insurance. The address and telephone number are:

California Department of Insurance
Claims Services Bureau, 11th Floor
300 South Spring Street
Los Angeles, CA 90013
(213) 897-8921 or (800) 927-4357

Sincerely,

Ray Umamoto
Casualty Claims Examiner
USAA Western Regional Office
Phone: 800-531-8222, Extension 46796
Fax Phone: 888-531-8722

# EXHIBIT 23



USAA CASUALTY INSURANCE COMPANY
P.O. Box 659462, San Antonio, TX 78265

JOSEPH E TOMASIK, ATTNY
THE STUDIO BLDG
2039 SHATTUCK AVE STE 400
BERKELEY CA 94704-0000

July 27, 2004

Policyholder: Carey T. Caldwell
Reference Number: 13311516-7101-5-8244
Date Of Loss: June 6, 2003
Loss Location: Oakland, California
re: Carey Caldwell

Dear Mr. Tomasik:

The records reviewer has asked for your client's films taken at Alta Bates Hospital, our copy service has indicated there were no x-rays at that location available for your client. If you, your client, or your expert have those film/s in your possession please overnight them to USAA. We will reimburse you for the charge. If you do not have those films or know where they are, please let us know.

Thank you for your anticipated response on this matter.

Sincerely,

Ray Umamoto
Casualty Claims Examiner
USAA Western Regional Office
Phone: 800-531-8222, Extension 46796
Fax Phone: 888-531-8722