# EXHIBIT D

1  MARK G. BONINO (SBN 70215)
   MELISSA A. WURSTER (SBN 198899)
2  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Parkway, Suite 480
3  Redwood City, CA 94065
   Telephone:   (650) 637-9100
4  Facsimile:   (650) 637-8071

5  Attorneys for Defendant
   USAA CASUALTY INSURANCE COMPANY
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  COUNTY OF ALAMEDA, NORTHERN DISTRICT

10

11 CAREY T. CALDWELL,                        CASE NO. WG07327137

12            Plaintiff,                     **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

13     v.

14 USAA CASUALTY INSURANCE COMPANY;
   and DOES 1 through 100, inclusive,
15
              Defendants.
16

17

18

19       TO PLAINTIFF AND HER COUNSEL OF RECORD:

20       PLEASE TAKE NOTICE that on July 18, 2007, defendant USAA CASUALTY

21 INSURANCE COMPANY filed its Notice of Removal of action under 28 U.S.C. §§ 1332 and

22 1441 *et seq.* (Diversity) with the United States District Court for the Northern District of

23 California (San Francisco/Oakland Division).

24 / / /

25 / / /

26 / / /

27 / / /

28

140423                              -1-
             NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1  Attached hereto and marked as **Exhibit "A"** is a true and correct copy of the Notice of
2  Removal of the civil action to the United States District Court, Northern District of California.

3
   Dated: July 18, 2007                     HAYES DAVIS BONINO ELLINGSON
4                                           MCLAY & SCOTT, LLP
5
                                            By: _____
6                                               MARK G. BONINO
                                                MELISSA A. WURSTER
7                                               Attorneys for Defendant
                                                USAA CASUALTY INSURANCE
8                                               COMPANY

140423                          -2-
**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

CASE NAME:    USAA Casualty Insurance Company v. Caldwell
Case No. WG07327137

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood City, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
- ☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.
- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).
- ☒ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Michael J. Bidart
Ricardo Echeverria
Shernoff Bidart & Darras LLP
600 South Indian Hill Blvd
Claremont, CA 91711

**Attorneys for Plaintiffs**
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

☒    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed July 18, 2007, at Redwood City, California.

*Edwina Feguis*

142358

| | |
|---|---|
| CASE NAME: | Caldwell v. USAA Casualty Insurance Company |
| ACTION NO.: | Alameda County Superior Court Case No. WG07327137 |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood City, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Michael J. Bidart
Ricardo Echeverria
Shernoff Bidart & Darras LLP
600 South Indian Hill Blvd
Claremont, CA 91711

**Attorneys for Plaintiffs**
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed July 18, 2007, at Redwood City, California.

*Edwina Féguis*

142378

- 1 -

PROOF OF SERVICE