MARK G. BONINO (SBN 70215)
MELISSA A. WURSTER (SBN 198899)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone:     (650) 637-9100
Facsimile:     (650) 637-8071

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY T. CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 07 3712 WDB<br><br>DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES |

  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for USAA CASUALTY INSURANCE COMPANY, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

/ / /

/ / /

| | |
|---|---|
| CAREY T. CALDWELL | Plaintiff |
| USAA CASUALTY INSURANCE COMPANY | Defendant |
| UNITED SERVICES AUTOMOBILE ASSOCIATION | Related Company |

Dated: July 18, 2007

HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP

By: _/s/ Mark G. Bonino_
MARK G. BONINO
MELISSA A. WURSTER
Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

140423

-2-

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**

| | |
|---|---|
| 1 | CASE NAME:    Caldwell v. USAA Casualty Insurance Company |
| 2 | ACTION NO.:    Alameda County Superior Court Case No. WG07327137 |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood City, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

### DEFENDANTS CERTIFICATION OF INTERESTED PARTIES

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Michael J. Bidart  
Ricardo Echeverria  
Shernoff Bidart & Darras LLP  
600 South Indian Hill Blvd  
Claremont, CA 91711

**Attorneys for Plaintiffs**  
Telephone: (909) 621-4935  
Facsimile: (909) 625-6915

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed July 18, 2007, at Redwood City, California.

*Edwina Feguis*

142378

- 1 -

**PROOF OF SERVICE**