MARK G. BONINO (SBN 70215)
MELISSA A. WURSTER (SBN 198899)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone:    (650) 637-9100
Facsimile:    (650) 637-8071

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY T. CALDWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>USAA CASUALTY INSURANCE COMPANY;<br>and DOES 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO. C 07 3712 WDB**<br><br>**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

Defendant USAA CASUALTY INSURANCE COMPANY  ("USAA") in answer to the Complaint of CAREY T. CALDWELL alleges as follows:

USAA denies the gratuitous and argumentative comments contained in the Introduction to the Complaint preceding Paragraph 1.

1.    In answer to the allegations contained in Paragraph 1, USAA admits that, on June 6, 2003, Plaintiff was involved in an automobile collision with a vehicle driven by Gwendolyn Harrison.  As to the remaining allegations, USAA lacks sufficient information, knowledge or belief to admit or deny those allegations, and therefore denies them on information and belief.

142870                                    -1-

2.      In answer to the allegations contained in Paragraph 2, USAA lacks sufficient information, knowledge or belief to admit or deny those allegations and therefore denies each and every, singular and plural, disjunctive and conjunctive, the allegations therein stated.

3.      In answer to the allegations contained in Paragraph 3, USAA admits the allegations stated therein.

4.      In answer to the allegations contained in Paragraph 4, USAA admits that Plaintiff submitted a settlement offer to USAA to settle her uninsured motorist insurance (hereinafter "UIM") claim.  USAA also admits that it offered a $50,000 settlement to Plaintiff shortly before arbitration, which Plaintiff refused.  USAA also admits that an arbitration award of $355,110.97 was given in Plaintiff's favor.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

5.      In answer to the allegations contained in Paragraph 5, USAA admits that its defense counsel stated that USAA would pay reasonable costs and interest.    Except as expressly admitted, the remaining allegations of said paragraph are denied.

6.      In answer to the allegations contained in Paragraph 6, USAA admits Plaintiff hired counsel Joseph E. Tomasik (hereinafter "Mr. Tomasik") to represent her.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

7.      In answer to the allegations contained in Paragraph 7, USAA admits the allegations therein stated.

8.      In answer to the allegations contained in Paragraph 8, USAA admits that it is a corporation domiciled in the State of Texas and conducting business in the County of Alameda, State of California.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

9.      In answer to the allegations contained in Paragraph 9, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

10.     In answer to the allegations contained in Paragraph 10, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural,

1  disjunctive and conjunctive, all of the allegations therein stated.

2        11.    In answer to the allegations contained in Paragraph 11, USAA lacks sufficient

3  information, knowledge, and belief and therefore denies each and every, singular and plural,

4  disjunctive and conjunctive, all of the allegations therein stated.

5        12.    In answer to the allegations contained in Paragraph 12, USAA lacks sufficient

6  information, knowledge, and belief and therefore denies each and every, singular and plural,

7  disjunctive and conjunctive, all of the allegations therein stated.

8        13.    In answer to the allegations contained in Paragraph 13, USAA admits that it retained

9  Terrence McDonnell, M.D. to examine the Plaintiff.  Except as expressly admitted, the remaining

10  allegations of said paragraph are denied.

11        14.    In answer to the allegations contained in Paragraph 14, USAA admits that the

12  document contains the words quoted.  Except as expressly admitted, the remaining allegations of

13  said paragraph are denied.

14        15.    In answer to the allegations contained in Paragraph 15, USAA admits that Mr.

15  Tomasik made a settlement demand.  Except as expressly admitted, the remaining allegations of

16  said paragraph are denied.

17        16.    In answer to the allegations contained in Paragraph 16, USAA admits that the

18  document contains the words quoted.  USAA denies that a true and correct copy of Mr. Umamoto's

19  February 26, 2004 letter was attached as Exhibit 4 to the Complaint, because Exhibit 4 was missing

20  from the set of exhibits provided to Plaintiff after service of the Complaint.  Except as expressly

21  admitted, the remaining allegations of said paragraph are denied.

22        17.    In answer to the allegations contained in Paragraph 17, USAA admits that the

23  document contains the words quoted, except that Exhibit 5 was incomplete and the letter referenced

24  therein is dated March 18, 2004.  Except as expressly admitted, the remaining allegations of said

25  paragraph are denied.

26        18.    In answer to the allegations contained in Paragraph 18, USAA admits that the

27  document contains the words quoted.  Except as expressly admitted, the remaining allegations of

28  said paragraph are denied.

**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT**
Case No. C 07 3712 WDB

19.    In answer to the allegations contained in Paragraph 19, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

20.    In answer to the allegations contained in Paragraph 20, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

21.    In answer to the allegations contained in Paragraph 21, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

22.    In answer to the allegations contained in Paragraph 22, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

23.    In answer to the allegations contained in Paragraph 23, USAA admits that the document contains the words quoted.  Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

24.    In answer to the allegations contained in Paragraph 24, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

25.    In answer to the allegations contained in Paragraph 25, USAA admits that the document contains the words quoted.  Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

26.    In answer to the allegations contained in Paragraph 26, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.  Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

27.    In answer to the allegations contained in Paragraph 27, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

28.    In answer to the allegations contained in Paragraph 28, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

29.    In answer to the allegations contained in Paragraph 29, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

30.    In answer to the allegations contained in Paragraph 30, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

31.    In answer to the allegations contained in Paragraph 31, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

32.    In answer to the allegations contained in Paragraph 32, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

33.    In answer to the allegations contained in Paragraph 33, USAA admits that the document contains the words quoted.  Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

34.    In answer to the allegations contained in Paragraph 34, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

35.    In answer to the allegations contained in Paragraph 35, USAA admits that the document contains the words quoted.  Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each

1 │ and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

2 │   36. In answer to the allegations contained in Paragraph 36, USAA admits that the

3 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

4 │ said paragraph are denied.

5 │   37. In answer to the allegations contained in Paragraph 37, USAA admits that the

6 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

7 │ said paragraph are denied.

8 │   38. In answer to the allegations contained in Paragraph 38, USAA admits that the

9 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

10 │ said paragraph are denied.

11 │   39. In answer to the allegations contained in Paragraph 39, USAA admits that the

12 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

13 │ said paragraph are denied.

14 │   40. In answer to the allegations contained in Paragraph 40, USAA admits that the

15 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

16 │ said paragraph are denied.

17 │   41. In answer to the allegations contained in Paragraph 41, USAA admits that the

18 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

19 │ said paragraph are denied.

20 │   42. In answer to the allegations contained in Paragraph 42, USAA admits that the

21 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

22 │ said paragraph are denied.

23 │   43. In answer to the allegations contained in Paragraph 43, USAA admits that the

24 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

25 │ said paragraph are denied.

26 │   44. In answer to the allegations contained in Paragraph 44, USAA admits that the

27 │ document contains the words quoted. Except as expressly admitted, the remaining allegations of

28 │ said paragraph are denied.

45.     In answer to the allegations contained in Paragraph 45, USAA admits that the document contains the words quoted.  Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

46.     In answer to the allegations contained in Paragraph 46, USAA admits that the document contains the words quoted.  Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

47.     In answer to the allegations contained in Paragraph 47, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

48.     In answer to the allegations contained in Paragraph 48, USAA admits that the document contains the words quoted.  Except as expressly admitted, and as to the remaining allegations, USAA denies each and every, singular and plural, disjunctive and conjunctive, all of the remaining allegations therein stated.

49.     In answer to the allegations contained in Paragraph 49, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

50.     In answer to the allegations contained in Paragraph 50, USAA admits that the document contains the words quoted.  Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

51.     In answer to the allegations contained in Paragraph 51, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

52.     In answer to the allegations contained in Paragraph 52, USAA admits that the document contains the words quoted.  Except as expressly admitted, the remaining allegations of said paragraph are denied.

1    53.    In answer to the allegations contained in Paragraph 53, USAA lacks sufficient

2  information, knowledge, and belief and therefore denies each and every, singular and plural,

3  disjunctive and conjunctive, all of the allegations therein stated.

4    54.    In answer to the allegations contained in Paragraph 54, USAA admits that Plaintiff

5  filed a Petition to Appoint An Arbitrator on March 9, 2005.  As to the remaining allegations, USAA

6  lacks sufficient information, knowledge, and belief and therefore denies each and every, singular

7  and plural, disjunctive and conjunctive, all of the allegations therein stated.

8    55.    In answer to the allegations contained in Paragraph 55, USAA lacks sufficient

9  information, knowledge, and belief and therefore denies each and every, singular and plural,

10  disjunctive and conjunctive, all of the allegations therein stated.

11    56.    In answer to the allegations contained in Paragraph 56, USAA lacks sufficient

12  information, knowledge, and belief and therefore denies each and every, singular and plural,

13  disjunctive and conjunctive, all of the allegations therein stated.

14    57.    In answer to the allegations contained in Paragraph 57, USAA admits that Dr.

15  McDonnell examined Plaintiff.  USAA admits that the document contains the words quoted.

16  Except as expressly admitted, the remaining allegations of said paragraph are denied.

17    58.    In answer to the allegations contained in Paragraph 58, USAA denies the allegations

18  contained therein.

19    59.    In answer to the allegations contained in Paragraph 59, USAA admits that the

20  document contains the words quoted.  Except as expressly admitted, the remaining allegations of

21  said paragraph are denied.

22    60.    In answer to the allegations contained in Paragraph 60, USAA admits that the

23  document contains the words quoted.  Except as expressly admitted, the remaining allegations of

24  said paragraph are denied.

25    61.    In answer to the allegations contained in Paragraph 61, USAA admits that the

26  document contains the words quoted.  Except as expressly admitted, the remaining allegations of

27  said paragraph are denied.

28    62.    In answer to the allegations contained in Paragraph 62, USAA admits that the

document contains the words quoted. Except as expressly admitted, the remaining allegations of said paragraph are denied.

63.    In answer to the allegations contained in Paragraph 63, USAA admits that the document contains the words quoted. Except as expressly admitted, and as to the remaining allegations, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

64.    In answer to the allegations contained in Paragraph 64, USAA admits that the document contains the words quoted. Except as expressly admitted, and as to the remaining allegations stated therein, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

65.    In answer to the allegations contained in Paragraph 65, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

66.    In answer to the allegations contained in Paragraph 66, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

67.    In answer to the allegations contained in Paragraph 67, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

68.    In answer to the allegations contained in Paragraph 68, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

69.    In answer to the allegations contained in Paragraph 69, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

70.    In answer to the allegations contained in Paragraph 70, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every, singular and plural,

1 | disjunctive and conjunctive, all of the allegations therein stated.

2 |      71.    In answer to the allegations contained in Paragraph 71, USAA lacks sufficient

3 | information, knowledge, and belief and therefore denies each and every, singular and plural,

4 | disjunctive and conjunctive, all of the allegations therein stated. USAA also notes that Exhibit 48

5 | was not provided.

6 |      72.    In answer to the allegations contained in Paragraph 72, USAA lacks sufficient

7 | information, knowledge, and belief and therefore denies each and every, singular and plural,

8 | disjunctive and conjunctive, all of the allegations therein stated.

9 |      73.    In answer to the allegations contained in Paragraph 73, USAA admits that Judge

10 | Ballachey issued an arbitration award on January 6, 2006. Except as expressly admitted, the

11 | remaining allegations of said paragraph are denied.

12 |      74.    In answer to the allegations contained in Paragraph 74, USAA lacks sufficient

13 | information, knowledge, and belief and therefore denies each and every, singular and plural,

14 | disjunctive and conjunctive, all of the allegations therein stated.

15 |      75.    In answer to the allegations contained in Paragraph 75, USAA lacks sufficient

16 | information, knowledge, and belief and therefore denies each and every, singular and plural,

17 | disjunctive and conjunctive, all of the allegations therein stated.

18 |      76.    In answer to the allegations contained in Paragraph 76, USAA lacks sufficient

19 | information, knowledge, and belief and therefore denies each and every, singular and plural,

20 | disjunctive and conjunctive, all of the allegations therein stated.

21 |      77.    In answer to the allegations contained in Paragraph 77, USAA lacks sufficient

22 | information, knowledge, and belief and therefore denies each and every, singular and plural,

23 | disjunctive and conjunctive, all of the allegations therein stated.

24 |      78.    In answer to the allegations contained in Paragraph 78, USAA lacks sufficient

25 | information, knowledge, and belief and therefore denies each and every, singular and plural,

26 | disjunctive and conjunctive, all of the allegations therein stated.

27 |      79.    In answer to the allegations contained in Paragraph 79, USAA lacks sufficient

28 | information, knowledge, and belief and therefore denies each and every, singular and plural,

1  disjunctive and conjunctive, all of the allegations therein stated.

2      80.    In answer to the allegations contained in Paragraph 80, USAA lacks sufficient

3  information, knowledge, and belief and therefore denies each and every, singular and plural,

4  disjunctive and conjunctive, all of the allegations therein stated.

5      81.    In answer to the allegations contained in Paragraph 81, USAA lacks sufficient

6  information, knowledge, and belief and therefore denies each and every, singular and plural,

7  disjunctive and conjunctive, all of the allegations therein stated.

8      82.    In answer to the allegations contained in Paragraph 82, USAA lacks sufficient

9  information, knowledge, and belief and therefore denies each and every, singular and plural,

10  disjunctive and conjunctive, all of the allegations therein stated.

11      83.    In answer to the allegations contained in Paragraph 83, USAA lacks sufficient

12  information, knowledge, and belief and therefore denies each and every, singular and plural,

13  disjunctive and conjunctive, all of the allegations therein stated.

14      84.    In answer to the allegations contained in Paragraph 84, USAA lacks sufficient

15  information, knowledge, and belief and therefore denies each and every, singular and plural,

16  disjunctive and conjunctive, all of the allegations therein stated.

17      85.    In answer to the allegations contained in Paragraph 85, USAA lacks sufficient

18  information, knowledge, and belief and therefore denies each and every, singular and plural,

19  disjunctive and conjunctive, all of the allegations therein stated.

20      86.    In answer to the allegations contained in Paragraph 86, USAA admits that it paid a

21  total of $249,775.00 to Plaintiff.  Except as expressly admitted, and as to the remaining allegations,

22  USAA lacks sufficient information, knowledge, and belief and therefore denies each and every,

23  singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

24      87.    In answer to the allegations contained in Paragraph 87, USAA re-alleges Paragraphs

25  1 through 87, and admits, denies, or expresses lack of knowledge as more specifically stated therein.

26      88.    In answer to the allegations contained in Paragraph 88, USAA denies that it has

27  refused and has breached its duty of good faith and fair dealing owed to Plaintiff, and further denies

28  each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

142870                                    -11-

89.    In answer to the allegations contained in Paragraph 89, USAA denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

90.    In answer to the allegations contained in Paragraph 90, USAA denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

91.    In answer to the allegations contained in Paragraph 91, USAA denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

92.    In answer to the allegations contained in Paragraph 92, USAA denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

93.    In answer to the allegations contained in Paragraph 93, USAA denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

94.    In answer to the allegations contained in Paragraph 94, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every singular and plural disjunctive and conjunctive, all of the allegations therein stated.

95.    In answer to the allegations contained in Paragraph 95, USAA re-alleges Paragraphs 1 through 94, and admits, denies, or expresses lack of knowledge as more specifically stated therein.

96.    In answer to the allegations contained in Paragraph, USAA lacks sufficient information, knowledge, and belief and therefore denies each and every singular and plural disjunctive and conjunctive, all of the allegations therein stated.

97.    In answer to the allegations contained in Paragraph 97, USAA denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

98.    In answer to the allegations contained in Paragraph 98, USAA denies each and every, singular and plural, disjunctive and conjunctive, all of the allegations therein stated.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT**
Case No. C 07 3712 WDB

1      **DEFENDANT USAA HEREBY ASSERTS THE**

2      **FOLLOWING SEPARATE AND DISTINCT AFFIRMATIVE DEFENSES**

3      **FIRST AFFIRMATIVE DEFENSE**

4      AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

5      FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this

6      answering defendant alleges that said complaint fails to state facts sufficient to constitute a cause of

7      action against this answering defendant.

8      **SECOND AFFIRMATIVE DEFENSE**

9      AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

10     ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

11     this answering defendant alleges that Plaintiff has waived and is estopped and barred from alleging

12     the matters set forth in the Complaint.

13     **THIRD AFFIRMATIVE DEFENSE**

14     AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

15     FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this

16     answering defendant alleges that at all times and places mentioned in the Complaint herein, Plaintiff

17     is barred from relief because, as between Plaintiff and USAA, the preponderance of the equities

18     favor USAA.

19     **FOURTH AFFIRMATIVE DEFENSE**

20     AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

21     ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN,

22     this answering defendant alleges that at all times and placed mentioned in the Complaint herein,

23     Plaintiff failed to perform certain conditions precedent that were imposed upon the Plaintiff by

24     Plaintiff's insurance contract with USAA.  The non-performance of these conditions excused

25     USAA's obligations under the contract.

26     **FIFTH AFFIRMATIVE DEFENSE**

27     AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

28     FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this

answering defendant alleges Plaintiff is barred by virtue of her conduct in causing the damages alleged in the complaint under the Doctrine of Unclean Hands, as well as by the principle of *In Pari Delicto*.

### SIXTH AFFIRMATIVE DEFENSE

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that at all times and places mentioned in the Complaint herein, Plaintiff failed to mitigate the amount of her damages.  The damages claimed by Plaintiff could have been mitigated by due diligence on her part or by one acting under similar circumstances.  Plaintiff's failure to mitigate is a bar to her recovery under the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges on information and belief that Plaintiffs cannot assert any contractual claims set forth in their Complaint because Plaintiff prevented performance of said contract.

### EIGHTH AFFIRMATIVE DEFENSE

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges on information and belief that Plaintiff cannot assert any of the contractual claims contained in their Complaint because Plaintiff materially breached the contract.

### NINTH AFFIRMATIVE DEFENSE

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges on information and belief that the sole and proximate cause of the circumstances and events complained of by Plaintiff in the Complaint was the acts or omissions of persons and entities other than this answering defendant.

/ / /

142870                                                    -14-

## TENTH AFFIRMATIVE DEFENSE

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges Plaintiff's Complaint, to the extent that it seeks exemplary or punitive damages pursuant to §3294 of the Civil Code, violates defendant's right to procedural due process under the Fourteenth Amendment of the United States Constitution, and the Constitution of the State of California, and therefore fails to state a cause of action upon which either punitive or exemplary damages can be awarded.

## ELEVENTH AFFIRMATIVE DEFENSE

AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that the Complaint, to the extent that it seeks punitive or exemplary damages pursuant to §3294 of the Civil Code, violates cross-defendant's right to protection from "excessive fines" as provided in the Eighth Amendment of the United States Constitution and Article I, Section 17, of the Constitution of the State of California, and violates defendant's right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the Constitution of the State of California, and therefore fails to state a cause of action supporting the punitive or exemplary damages claimed.

## TWELFTH AFFIRMATIVE DEFENSE

AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges the insurance policy or policies at issue in the Complaint afforded no coverage or coverage was barred by one or more exclusions in said policy or policies.

## THIRTEENTH AFFIRMATIVE DEFENSE

AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that defendant fairly, promptly, thoroughly and properly investigated, handled, and resolved all claims arising from the incidents

1  alleged in the Complaint.

2  ### FOURTEENTH AFFIRMATIVE DEFENSE

3  AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

4  COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION

5  CONTAINED THEREIN, this answering defendant alleges that the injuries allegedly sustained by

6  Plaintiff were either wholly or in part caused by Plaintiff or persons, firms, corporations or entities

7  other than this answering defendant, and whose acts or omissions are imputed to Plaintiff as a

8  matter of law.

9  ### FIFTEENTH AFFIRMATIVE DEFENSE

10  AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

11  COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION

12  CONTAINED THEREIN, this answering defendant alleges it has paid any and all amounts owed

13  under the contract alleged in the complaint, and that defendant is entitled offset or credit said

14  payments against plaintiffs' claim for breach of contract, which bars plaintiffs' cause of action for

15  breach of contract.

16  ### SIXTEENTH AFFIRMATIVE DEFENSE

17  AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

18  COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION

19  CONTAINED THEREIN, this answering defendant alleges that genuinely disputed issues of fact

20  were resolved by the arbitration between Plaintiff and USAA.

21  ### SEVENTEENTH AFFIRMATIVE DEFENSE

22  AS A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

23  COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION

24  CONTAINED THEREIN, this answering defendant alleges that plaintiff's assertion of certain facts

25  in the Complaint constitutes a material breach of the settlement agreement between Plaintiff Carey

26  T. Caldwell and USAA.

27  / / /

28  / / /

**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT**
Case No. C 07 3712 WDB

1    WHEREFORE, this answering defendant prays for judgment as follows:

2        1.    That Plaintiff take nothing by her Complaint;

3        2.    For attorneys' fees and costs of suit incurred herein; and

4        3.    For such other and further relief as the Court deems proper.

5                    **DEMAND FOR JURY TRIAL**

6

7    Defendant hereby demands a trial by jury.

8

Dated:  July 25, 2007                    HAYES DAVIS BONINO ELLINGSON
9                                          MCLAY & SCOTT, LLP

10                              By: _____
11                                   MARK G. BONINO
                                     MELISSA A. WURSTER
12                                   Attorneys for Defendant
                                     USAA CASUALTY INSURANCE
13                                   COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

142870                        -17-
**DEFENDANT USAA CASUALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT**
Case No. C 07 3712 WDB