MARK G. BONINO (SBN 70215)
MELISSA A. WURSTER (SBN 198899)
HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone:   (650) 637-9100
Facsimile:   (650) 637-8071

Attorneys for Defendant
**USAA CASUALTY INSURANCE COMPANY**

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY T. CALDWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>USAA CASUALTY INSURANCE COMPANY;<br>and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO. C-07-3712 WDB<br><br>**PROOF OF SERVICE** |

142977

-1-

**PROOF OF SERVICE – CASE NO. C-07-03712 WDB**

| | |
|---|---|
| CASE NAME: | Caldwell v. USAA Casualty Insurance Company |
| ACTION NO.: | USDC Case No. C 07-03712 WDB |
| | Alameda County Superior Court Case No. RG07327137 |

PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood City, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ENDORSED FILED COPY OF THE CAPTION PAGE FOR THE DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES; ENDORSED FILED COPY OF THE CAPTION PAGE FOR THE NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C., §1441(B) (DIVERSITY) AND ECF REGISTRATION INFORMATION**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
- ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.
- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).
- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Michael J. Bidart                                                **Attorneys for Plaintiffs**
Ricardo Echeverria                                             Carey Caldwell
**SHERNOFF BIDART & DARRAS LLP**
600 South Indian Hill Blvd
Claremont, CA 91711
Telephone:    (909) 621-4935
Facsimile:    (909) 625-6915

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed July 25, 2007, at Redwood City, California.

*Edwina Feguis*

142378

- 1 -