IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY T. CALDWELL<br><br>    Plaintiff,<br>v.<br><br>USAA CASUALTY INS. CO.<br><br>    Defendant. | NO. CV 07-03712 WDB<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NOS. 1 AND 2.** |

On July 18, 2007, counsel for Defendant filed a Notice of Removal, docket #1, and a Certificate of Interested Entities, docket #2, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendant should submit the Notice of Removal, docket #1, and the Certificate of Interested Entities, docket #2, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: August 2, 2007                                            Cynthia Lenahan<br>                                                                                             Deputy Clerk