# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Carey T. Caldwell,<br><br>            Plaintiff(s),<br><br>   v.<br><br>USAA Casualty Insurance Company,<br><br>            Defendant(s). | 07-03712 WDB<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03712 WDB                                            -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: October 10, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03712 WDB                             -2-

PROOF OF SERVICE

Case Name:       Carey T. Caldwell v. USAA Casualty Insurance Company

Case Number:    07-03712 WDB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 10, 2007, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Ricardo Echeverria
> Shernoff Bidart & Darras
> 600 So Indian Hill Blvd
> Claremont, CA 91711
> Recheverria@sbd-law.com
>
> Michael John Bidart
> Shernoff Bidart & Darras
> 600 S. Indian Hill Boulevard
> Claremont, CA 91711
> mbidart@sbd-law.com
>
> Mark Giovanni Bonino
> Hayes Davis Bonino Ellingson McLay & Scott
> 203 Redwood Shores Parkway, Suite 480
> Redwood City, CA 94065
> mbonino@hayesdavis.com
>
> Melissa A. Wurster
> Hayes Davis Bonino Ellingson Mclay & Scott
> 203 Redwood Shores Parkway Suite 480

Redwood Shores, CA 94065


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 10, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov