# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Carey T. Caldwell,

      Plaintiff(s),

      v.

USAA Casualty Insurance Company,

      Defendant(s).

Case No. 07-03712 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. 16, 2007

[Party] Carey T. Caldwell

Dated: Oct. 16, 2007

[Counsel] RICARDO ECHEVERRIA