# UNITED STATES DISTRICT COURT
## Northern District of California

CAREY T. CALDWELL

Case No. 07-03712 WDB

Plaintiff(s),
v.

USAA CASUALTY INSURANCE COMPANY

Defendant(s).
_____/

**CONSENT TO ASSIGNMENT
OR
REQUEST FOR REASSIGNMENT**

**Note: Please complete either Part A or Part B below and file with the Clerk of Court.**

**A. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: 10-17-07

_____
Signature

Counsel for  PLAINTIFF
(Name of party or indicate "pro se")

**B. REQUEST FOR REASSIGNMENT TO A UNTIED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**

The undersigned party hereby declines to consent to the assignment of this case to a United States magistrate judge for trial and disposition and hereby requests the reassignment of this case to a United States district judge.

Dated:

_____
Signature

Counsel for _____
(Name of party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com