MARK G. BONINO (SBN 70215)
MELISSA A. WURSTER (SBN 198899)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone:   (650) 637-9100
Facsimile:    (650) 637-8071

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY T. CALDWELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. C07-03712 WDB<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 18, 2007　　　　　　　　HAYES DAVIS BONINO ELLINGSON
　　　　　　　　　　　　　　　　　　　　MCLAY & SCOTT, LLP


　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　MARK G. BONINO
　　　　　　　　　　　　　　　　　　　　MELISSA A. WURSTER
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　USAA CASUALTY INSURANCE COMPANY

142870　　　　　　　　　　　　　　　　-1-

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE – CASE NO. C07-03712 WDB

| | | |
|---|---|---|
| 1 | CASE NAME: | Caldwell v. USAA Casualty Insurance Company |
| 2 | ACTION NO.: | USDC Case No. C 07-03712 WDB |
| | | Alameda County Superior Court Case No. RG07327137 |

PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood City, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Michael J. Bidart  **Attorneys for Plaintiffs**
Ricardo Echeverria  Carey Caldwell
**SHERNOFF BIDART & DARRAS LLP**
600 South Indian Hill Blvd
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed October 18, 2007, at Redwood City, California.

*Abigail Bowman*
Abigail Bowman

142378

- 1 -

PROOF OF SERVICE – CASE NO. C-07-03712 WDB