UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAREY T. CALDWELL,

     Plaintiff,

  v.

USAA CASUALTY INSURANCE COMPANY, et al.

     Defendants.
_____/

No. C 07-3712 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for October 22, 2007, at 4:00 p.m. is vacated.

Dated: October 18, 2007

                                 Richard W. Wieking, Clerk
                                 United States District Court

*Sarah Weinstein*

By: SarahWeinstein
     Law Clerk

Copies to:
    All parties
    WDB
    Stats