IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY CALDWELL, | No. C 07-03712 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| USAA CASUALTY INS., CO., | |
| Defendant. | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action, and initiate the telephone conference call. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Case Management Conference set for December 6, 2007, has been continued to, December 20, 2007, at 3:30 p.m., via telephone.

Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 11/29/07                             FOR THE COURT,
                                            Richard W. Wieking, Clerk

                                            By: /s/ Lisa R. Clark
                                            LISA R. CLARK
                                            Courtroom Deputy

To: