UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 12/20/07

C-07-03712 SBA          JUDGE: SAUNDRA BROWN ARMSTRONG

Title: CAREY T. CALDWELL vs. USAA CASUALTY INS.CO.

Atty.:   RICARDO ECHEVERRIA          MELISSA WURSTER

Deputy Clerk:  Lisa R. Clark          Court Reporter:   N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by ( ) Plaintiff ( )Deft (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at p.m.
Case Continued to_____ for OSC RE:_____
Case Continued to_____ for _____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off  7/31/08   Expert Discovery Cut-off  8/29/08
Plft to name Experts by 7/17/08     Deft to name Experts by 7/17/08
All Dispositive Motions to be heard by ( Motion Cut-off)  9/30/08
Case Continued to 11/18/08    for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 10/28/08 Motions in limine/objections to evidence due 11/4/08 Responses to motions in limine and/or responses to objections to evidence due 11/12/08
Case Continued to 12/1/08 for Trial(Court/Jury:   7   Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
  Notes:  PRIVATE MEDIATION TO BE COMPLETED BY 3/3/08; MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 10/1-10/24/08 BEFORE A MAGISTRATE JUDGE                                                                          cc: WINGS HOM VIA FAX