MARK G. BONINO (SBN 70215)
**HAYES DAVIS BONINO**
**ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone:   (650) 637-9100
Facsimile:   (650) 637-8071

ROBERT S. McLAY (SBN 176661)
CHERIE M. SUTHERLAND (SBN 217992)
**HAYES DAVIS BONINO**
**ELLINGSON McLAY & SCOTT, LLP**
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:   (916) 449-3958
Facsimile:   (916) 449-8256

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY T. CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 07 3712 WDB<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE ACTION<br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

Plaintiff Carey T. Caldwell and defendant USAA Casualty Insurance Company ("USAA"), by and through their respective counsel, hereby stipulate to dismissal of the above entitled action as follows:

169263

169263                                 -1-

STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION
Case No. C 07 3712 WDB

## STIPULATION

The parties, having reached a settlement agreement as to all of plaintiff's claims on June 13, 2008, hereby stipulate to the dismissal of the entire above-entitled action with prejudice.

Dated: July 11, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By _____
MARK G. BONINO
ROBERT S. McLAY
Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

Dated: July 8, 2008

SHERNOFF BIDART & DARRAS, LLP

By _____
MICHAEL J. BIDART
RICARDO ECHEVERRIA
Attorneys for Plaintiff
CAREY T. CALDWELL

## [PROPOSED] ORDER

IT IS SO ORDERED:

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: 9/2, 2008

_Sandra B Armstrong_
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA

169263

| | |
|---|---|
| 1 | **CASE NAME:** Caldwell v. USAA Casualty Insurance Company |
| 2 | **ACTION NO.:** USDC Case No. C 07-03712 WDB |
| | Alameda County Superior Court Case No. RG07327137 |

## PROOF OF SERVICE

I am a resident of the State of California. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE ACTION**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Michael J. Bidart  
Ricardo Echeverria  
**SHERNOFF BIDART & DARRAS LLP**  
600 South Indian Hill Blvd  
Claremont, CA 91711  
Telephone: (909) 621-4935  
Facsimile: (909) 625-6915

**Attorneys for Plaintiffs**  
Carey Caldwell

☒ *(Federal)* I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed July 14, 2008, at Redwood City, California.

*Isabelle Zehnder*

171313

- 1 -

PROOF OF SERVICE – CASE NO. C-07-03712 WDB